Jerenia Pierce
1307 Nye Street
Capital Heights MD 20743

VS.

Washington Metropolitan Area
Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

FILED
MAR 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00530
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: JERENIA PIERCE v. WMATA

CASE RE-ASSIGNED
SEP 20 2007
TO URBINA, J. RMU

RECEIVED
MAR 01 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Complaint

I am submitting a letter with brief summary of the facts of my case. I have put together information divided into five section showing negligence of ther employer submitted to the EEOC, investigator

① I looking relief of back pay ~~as if I was in the~~
② my name remove from a blackball status with the agency.
③ To be place in a position that I applied for and were qualified
④ Also seek financially damages for (not being) or founding out the employer had been giving bad reference to other employer, not allowing

Jerenia Pierson
1307 Nye Street
Capital Heights MD 20743
(301) 322-4636

Washington VS. Metropolitan Area
600 Fifth Street, N.W.
Washington, D.C. 2001

④ To maintain a livinghood.

Page 2

January 4, 2007                                    EEOC#: 100-2005-01532C

Mattie J. Whitfield
U.S Equal Employment Opportunity Commission
City Crescent Building
10 South Howard Street 3rd Floor
Baltimore, MD 21201

Re: Rebuttal

Dear Ms. Whitfield

I have has an opportunity to read over the position statement provided by WMATA of rejections of the Office of Human Rights located in Alexandria Virginia to oversee my case due to the fact that WMATA has describe in the statement to be an interstate compact agency. However, at the end of the letter it makes reference the staff of WMATA Office of Civil Rights lacks the authority to waive this immunity which is a matter of Federal law.

The Federal law states employer cannot violate the law by retaliating and discriminating against employee in the work place under Title VII of the Civil Rights Act. As a result for filing a complaint because of working in a hostile environment. I suffer a loss of employment not for doing a job but for writing a letter explaining I was being harass. The agency continued to react in a retaliatory way after my termination, which lead me to continue to seek help with an agency the government instituted to monitor and correct an overbearing employer WMATA who violates the laws. The EEOC.

Before my arrival at the Alexandria location. I started out as an Administrative Aide at the headquarters of the Washington DC field office. I was kept on from a temp position because of my determination to want to excel according to my boss Mr. Ed Barnette. Mr. Barnette contine to commend my outstanding performance on the job that on one occasion I was place ion the position to handle payroll disbursement while a regular employee took a two week vacation. During the time he was off I handle the opening and close of a multi-dollar operation sending positive pay information via computer to banks, thousands to millions, signing and given personal authorization for employees to get paid, typing and processing (printing checks) for employee's pay advancement as well as garnishments. Tution reimbursement and consumer refund any transaction that involve the pay out of money or sometimes the collection for the agency. The consumer refund report of the payout was generated and sign would always be sent to the Alexandria location which is a separate entity to the Treasury Dept, so I was use to receiving e'mail fom them.

I was transferred to the Alexandria Office thru high recommendation my boss Mr. Ed Barnette as well as his boss Mr. Al Durhing wishing me well and hoping much success as I has at the headquarters. I have given a type written statement to the Office of Human Rights in Alexandria shortly after my arrival and will provide your office with any documents that are needed

RECEIVED
MAR 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

The retaliatory actions began to take place after termination. Applied and had numerous application in the system which I was well qualified for even the several position open at the Alexandria location under Mrs. Mary Jackson. Also, applying minimum position such as bus cleaner, janitorial and advisory committee ( to receive no pay) and a job fair applying for the same positions to see if I would be contacted or consider. I would receive acknowledgement letter of application receive but noting further.

**Before I actually begin working for WMATA, I applied for a bus operator position. Receive a positive response the first time I submitted my application . I was tested 11/12/04 invited to attend a training class. So there couldn't have been any justification for the agency to show I'm a disqualified candidate. Unless, the fact that I receive in the mail two months after my termination a different Separate on Personnel Action (SPARS) stating under remarks "Do not re-hire and a different title. Maybe I am blackball. I will not have the ability to seek employment with this agency that I hoped I would have a career with despite the personal tragedy and loss due to the illness of my mother which I instead gave most of my time to the agency.**

Under Section 704(a) of Title VII section of the ADEA and Section 503 of ADA it us unlawful for an employer to discriminate against anyone, or for a union to discriminate against it's members or membership applicant because they have made a charge, tested assisted or participated in any manner in an investigation proceeding or hearing proceeding or hearing under the laws. I'm not certain but I would apply to all levels of discrimination charge. Section 703 (b) unlawful employment practices.

Recently, I receive a letter along with an invoice statement . The invoice statement started arriving several months after I was terminated. The contents of the letter states a dollar figure of $299.60 for overpaid vacation and to bring legal proceeding against me to collect and possibility of a report being sent to credit agency. Due to the fact of someone else miscalculations, I do not believe the amount be correct or owed. I have all my pay stubs from WMATA and will send a copy of them if you need them for verification.
The agency (WMATA) puts me out of a job expects me to pay and bring legal proceeding against me. As of today I'm unemployed and don't have the ability to pay.

I feel as though I have been improperly wronged and would like to have this horrible injustice corrected. I would your office assistance in resolving this issue.

Please contact me at (301) 322-4636 to further discuss this matter. I will be sending additional information to help assist with my case by faxing, email and certified mail.

Sincerely,

*Jeremia Peerson*

2



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

December 19, 2006

Ms. Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

EEOC #: 100-2005-01532C

Dear Ms. Pierson:

Enclosed is a copy of the Position Statement without attachments from your employer. Please read and submit your rebuttal along with any additional information to this position statement by **January 5, 2007.**

IF WE HAVE NOT HEARD FROM YOU BY THE ABOVE DATE, WE WILL ASSUME THAT YOU DO NOT INTEND TO SEND A REBUTTAL TO YOUR CHARGE OF DISCRIMINATION. A NOTICE OF RIGHT TO SUIT WILL BE ISSUED TO YOU.

If you have any questions, please feel free to give me a call on (410) 962-6607, between the hours of 7:30 a.m. to 4:30 p.m. and my email address is mattie.whitfield@eeoc.gov.

Sincerely,

Mattie J. Whitfield
Investigator

Enclosure

H
07-0530
UNA

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

### I (a) PLAINTIFFS
Jerenia Pierson

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **88888**
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NTP)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

### DEFENDANTS
Washington Metropolitan Area Transit Authority

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATT
Case: 1:07-cv-00530
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: JERENIA PIERS...

CASE RE-ASSIGNED
SEP 2007
TO: URBINA J RMU

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III CITIZENSHIP
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 2000

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ 0   Check YES only if demanded in complaint JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

DATE   SIGNATURE OF ATTORNEY OF RECORD
NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Forms\js-44.wpd