UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JERENIA PIERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:07-cv-00530 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 03/19/2007 |
| WASHINGTON METROPOLITAN AREA ) | Description: JERENIA PIERSON V. WMATA |
| TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

It appears that plaintiff brings an employment discrimination claim against her former employer, the Washington Metropolitan Area Transit Authority. Review of the complaint and its attachments indicates that plaintiff filed a formal charge before the Equal Employment Opportunity Commission ("EEOC"). It is unclear whether the matter remains pending.

The issuance of a right to sue letter from the EEOC is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. § 2000e-5(b), (e) and (f). In the absence of the issuance of a right to sue letter within 180 days of filing charges with the agency, the plaintiff is obligated to request that such a letter be issued. *See* 29 C.F.R. §1601.28.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff must provide the Court with a right to sue letter indicating a final determination of plaintiff's charge by the agency. Failure to do so will result in the dismissal of this matter.

SO ORDERED.

Date: 3/8/07

United States District Judge