United States District Court
for the District of Columbia

Jerenia Pierson

   Plaintiff

   v.

Washington Metropolitan Area
Transit Authority

Civil Action
No. 07-530-(UNA)

Plaintiff NOTICE OF FILING

On 3March 19, 2007, Receive order staying the case. I did not have my right to sue letter at the time. Enclosed is the right to sue letter. Please find.

RECEIVED
SEP 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sincerely,
Jerenia Pierson

9/10/07

EEOC Form 161-B (3/98)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

| To: | Jerenia Pierson<br>1307 Nye Street<br>Capitol Heights, MD 20743 | From: | Baltimore Field Office<br>10 South Howard Street<br>3rd Floor<br>Baltimore, MD 21201 |

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2005-01532 | Mattie J. Whitfield, Investigator | (410) 209-2752 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Gerald S. Kiel_ (signature)

Gerald S. Kiel,
Director

**AUG 3 0 2007**
(Date Mailed)

Enclosures(s)

cc: Bruce P. Heppen
Associate General Counsel
WMATA
600 5th Street, N.W.
Washington, DC 20001