**RECEIVED**

MAR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

March 20, 2007

*motion for extension of time,*

Jerenia Pierson
1307 Nye Street
Capital Heights MD 20743

vs

Washington Metropolitan Area
Transit Authroity
600 Fifth Street, N.W.
Washington, DC  20001

I'm requesting a motion of extension of time. If I could have additional time for the investigator to look into my case within the 90 day period. I could resubmit my case to the court. If there is any question or concern I can be reach at mailing address or home number (301) 322-4636.

Sincerely,

*Jerenia Pierson*

Jerenia Pierson