UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERENIA PIERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0530 RMU |
| | ) |
| WASHINGTON METROPOLITAN AREA | ) |
| TRANSIT AUTHORITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is hereby

ORDERED that the Clerk of Court shall docket plaintiff's March 20, 2007 motion for an extension of time and September 10, 2007 Notice of Filing. The motion for an extension of time is GRANTED *nunc pro tunc*. It is further

ORDERED that the stay is LIFTED. The Clerk of Court shall assign this matter randomly to a district judge for further proceedings.

SO ORDERED.

_____
United States District Judge

Date: 9/14/07