UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jerenia Pierson )<br>   Plaintiff )<br> ) <br>   v ) <br> Washington Metropolitan Area Transit)<br> Authority | Civil Action No. 07-0530 RMU |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on September 20th, 2007 from Unassigned (9098)

to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:   Judge Urbina
& Courtroom Deputy
Civil Case Processing Clerk
    Statistical