**RECEIVED**

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Washington Metro Area Transit Authority
600 Fifth St., NW
Washington, DC 20001

Civil Action, File Number __07-0530 RMU__

__Jerenia Pierson__

V.

__Wash. Metro Area Transit Authority__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within _____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

07-0530    FRT    9-21-07

[behalf you are being served] must answer the [complaint] by default will be taken against you for the [relief demanded in the complaint.]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Washington Metro Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
S. Serrian    9/28/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 2260 0000 4984 5822

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Receipt of Summons and Complaint By Mail was [received...]

(SMS Official)

COMPLAINT
complaint in the above captioned manner at

er and Street Name or P.O. Box No.

d Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature    Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense