# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Jerenia Pierson

CASE # 070530 RMU

vs

Washington Metropolitan Area Transit Authority

## MOTION FOR COURT APPOINTED COUNSEL

I'm requesting a motion to appoint counsel. I don't have any financial resources and need an attorney to help me with my case. If there is any question or concern I can be reach at mailing address or home number.

Jerenia Pierson
Jerenia Pierson
1307 Nye Street
Capetal Heights MD 20743
(301) 875-7298

RECEIVED
OCT 10 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I, Jesenia Pierson will mail a copy of this motion to:

WASHINGTON METROPOLITAN AREA
TRANSIT AUTORITY
600 Fifth Street, N.W.
WASHINGTON, D.C. 20001

ON October 11, 2007   first class mail

*Jesenia Pierson*