IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERENIA PIERSON**<br>1307 Nye Street<br>Capitol Heights, MD 20743<br><br>　　　　　Plaintiff (<u>Pro Se</u>)<br><br>　　　　v.<br><br>**WASHINGTON METROPOLITAN<br>　AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>　　　　　Defendant. | Case No.: 1:07cv00530-RMU |

## DEFENDANT WMATA'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby states its Answer to Plaintiff's Complaint.

### Responses to Paragraphs In Complaint

Plaintiff's Complaint does not contain separately numbered paragraphs constituting her allegations in this case, rendering a paragraph-by-paragraph response not feasible. Therefore, WMATA generally denies the allegations of the Complaint.

### First Affirmative Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense

Plaintiff's claims against WMATA are barred by principles of sovereign/governmental/Eleventh Amendment immunity and/or by § 80 of the WMATA

Compact.

### Third Affirmative Defense

Any employment decisions made by WMATA were made for valid, nondiscriminatory reasons.

### Fourth Affirmative Defense

To the extent discovery provides a basis, WMATA reserves the right to argue that this action is barred by the statute of limitations.

### Fifth Affirmative Defense

To the extent discovery provides a basis, WMATA reserves the right to argue that Plaintiff has failed to exhaust timely her administrative remedies under the applicable statutes, including a failure to initiate administrative proceedings timely and to file suit within 90 days after receipt of any right to sue letter.

### Sixth Affirmative Defense

WMATA reserves the right to argue that venue is not proper in this Court.

Having fully answered the Complaint, WMATA respectfully requests this action be dismissed with prejudice, and that WMATA be awarded its costs of defending this action.

Respectfully submitted,

Carol B. O'Keeffe #445277
General Counsel

 /s/ Mark F. Sullivan
Mark F. Sullivan #430876
Deputy General Counsel


 /s/ Gerard J. Stief
Gerard J. Stief #925933
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1463
Attorneys for Defendant WMATA


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Answer of Defendant WMATA** was mailed, postage prepaid, on this 18th day of October, 2007 to:

Jerenia Pierson (pro se)
1307 Nye Street
Capitol Heights, MD 20743


 /s/ Gerard J. Stief
Gerard J. Stief