IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERENIA PIERSON** | : |
| Plaintiff (<u>Pro Se</u>) | : |
| v. | : Case No.: 1:07cv00530-RMU |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | : |
| Defendant. | : |

### DEFENDANT WMATA'S OPPOSITION TO PLAINTIFF'S MOTION FOR <u>COURT APPOINTED COUNSEL</u>

Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby opposes Plaintiff's Motion for Court Appointed Counsel. Plaintiff has not provided an adequate basis for the relief requested, nor does her Complaint provide any reasonable possibility of success on the merits.

    Respectfully submitted,

    /s/ Gerard J. Stief
    Gerard J. Stief #925933
    Associate General Counsel
    600 Fifth Street, N.W.
    Washington, D.C. 20001
    (202) 962-1463
    Attorneys for Defendant WMATA

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendant WMATA's Opposition to Plaintiff's Motion for Court Appointed Counsel** was mailed, postage prepaid, on this 25th day of October, 2007 to:

Jerenia Pierson (pro se)
1307 Nye Street
Capitol Heights, MD 20743

/s/ Gerard J. Stief
Gerard J. Stief

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**JERENIA PIERSON** :
:
       **Plaintiff (Pro Se)** :
:
       v. : Case No.: 1:07cv00530-RMU
:
**WASHINGTON METROPOLITAN** :
 **AREA TRANSIT AUTHORITY** :
:
       **Defendant.** :
_____:

**ORDER**

Upon consideration of Plaintiff's Motion for Court Appointed Counsel, and the Opposition thereto, it is by the Court this _____ day of _____, 2007:

ORDERED, that the motion is denied.

                                                           _____
                                                          United States District Judge

Copies to:

(by mail)
Jerenia Pierson (pro se)
307 Nye Street
Capitol Heights, MD 20743

(electronically)
Gerard J. Stief