# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Jerenia Pierson_
_____
**Plaintiff**

vs.                              Civil Action No. 07-53RMU

_WASHINGTON METROPOLITAN AREA TRANSIT_
_____
**Defendant**

## NOTICE OF APPEAL

Notice is hereby given this   9   day of   November   , 20 07 , that

_Plaintiff_

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the   6   day of   November   , 20 07

in favor of   WASHINGTON METROPOLITAN AREA TRANSIT

against said   Jerenia Pierson

_Jerenia Pierson_
_____
**Attorney or Pro Se Litigant**

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:   Gerard Joseph Stief
WMATA
600 5th Street, NW
Washington, D.C. 20001

**RECEIVED**

NOV - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT