THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

JERENIA PIERSON
1307 Nye Street
Capital Heights, MD 20743

    Plaintiff ( Pro Se)

    v.                    Case No: 1:07cv00530-RMU

WASHINGTON METROPOLITAN
   AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, D. C. 20001

    Defendant.

RECEIVED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF OPPOSITION TO WMATA DEFENDANT ~~COMPLAINT~~ ANSWER

Plaintiff Jerenia Pierson hereby states its Answer to Defendant Complaint.

### Responses to Paragraphs in Complaint

Section off in paragraph of a letter provided to courts on March 1, 2007. As well as provided to WMATA. Notebook divided five section obtain by WMATA from EEOC investigator Mrs. Mattie Whifield.

### First Affirmative Defense

Defendant fail to review letter sent as well as docket place in the courts on March 1, 2007, which states relief sought.

### Second Affirmative Defense

Since Defendant receive money from three tri-state area Washington, Maryland and Virginia dose not give a free pass to violate any laws that are in place state government and federal government has enacted. Plaintiff (myself), being a financial contributor to utilize the service on daily basis.

### Third Affirmative Defense

The employment decisions wasn't base on job performance nor attendance it was bas making the agency (WMATA) aware of the job harassment.

### Fourth Affirmative Defense

Issued a rebuttal by the EEOC in December 19,20006 and to meet deadline by January 5 2007, which was done EEOC had not yet reach decision because of looking into matters of harassment from a third party collection (attorney) on behalf of WMATA to collect a debt which I certainly did not owe but was harass to settle for that reason the agency delay was just

### Fifth Affirmative Defense

I Plaintiff issued right to sue letter August 30, 2007 and filed with the court September 10, 2007. Approximately eleven days after receiving right to sue, which opposes the defendant WMATA claim failed to file in 90 days.

### Sixth Affirmative Defense

The venue is certainly proper in the court given the fact information provided to the court is documented in the computer about relief and Defendant WMATA has copy and failed to review and I will again provide
Defendant opposing various agency Alexandria Office of Human Rights and EEOC which could have been settle at that point Originally I Plaintiff sought help for assistance from court for counsel because of financial reasons and would not have ability to pay base on those facts Plaintiff opposes Defendant be awarded its costs.

*Jeremia Person*

## CERTIFICATE OF SERVICE

I, Jerenia Pierson hereby certify that copy of the Answer to Opposition of Defendant WMATA complaint was mailed on this 30th day of November, 2007 to:

*Jerenia Pierson*

WASHINGTON METROPOLIATAN AREA
TRANSIT AUTHORITY
Gerard J Stief
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C 20001