## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JERENIA PIERSON
1307 Nye Street
Capital Heights, MD 20743

     Plaintiff ( Pro Se)

    v.

WASHINGTON METROPOLITAN
  AREA TRANSIT AUTHORITY
600 Fifth Street, N.W.
Washington, D. C. 20001

    Defendant.

**RECEIVED**

DEC - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No: 1:07cv00530-RMU

## ADDUEM TO APPEAL/Complaint

I Jerenia Pierson, Plaintiff would like to include my original statement presented to EEOC Commission and Alexandria Office of Human Rights, along with the merits of my case because of denial of my motion to appoint counsel and recent appeal filed on November 9, 2007.

Memorandum Order mention the case not of complex issue. The Alexandria Office of Human Rights had to seek out attorneys and have legal representation for the agency regarding my case for more than a year, which then transferred back to the EEOC Commission whom after looking into the case issued a right to sue on August 30, 2007 filed court on September 10, 2007. The information entered into the courts on March 1, 2007, summarize or brief description of case and relief sought could easily be retrieve by defendant before opposing counsel.

In regards to seeking counsel other than courts provided a list of attorneys which I contacted and visited. Most provided me with overloaded cases and unreasonable fee's or no longer handle cases such as employment. One such lawyer Jonathan L. Gould whom I information I retrain and others I will provide to courts attach to statement.
The language of the legal system is of a difficult nature and I plaintiff would need someone who specialize or profession is such. Therefore I ask the courts to reconsider Motion To Appoint Counsel.

Wherefore, it is this 3rd day of December 2007

*Jerenia Pierson*

1

## CERTIFICATE OF SERVICE

I, Jerenia Pierson hereby certify that copy of the Answer to Opposition of Defendant WMATA complaint was mailed on this 3rd day of December 2007.


WASHINGTON METROPOLIATAN AREA
TRANSIT AUTHORITY
Gerard J Stief
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C 20001

Jeremia Pierson    CASE No− 1:07-cv-00530−RMU

This goes with the
Jeremia Pierson
Case No 1:07-cv-00530-RMU

ADDENUM TO APPEAL/COMPLAINT

Reply to Order

(202) 354-3000

1012 14th Street #630
McPherson Square
1 and K one Block
John Gould Attorney
(202) 347-3889

Tomorrow at 2:00 pm

1012 14th Street, NW, Suite 630
Washington, DC 20005

Jonathan L. Gould
Kestell & Associates
Of Counsel

Tel. (202) 347-3889
Fax (202) 347-4482
email jgould@jg.org

FILING DEPOSITORY

2007 DEC -3 PM 4: 22

RECEIVED
U.S. COURT OF APPEALS
FOR THE D.C. CIRCUIT

Lawyers
page 6       Second
7

Patrick P Henry   (240) 296-3488   Labor & Employment Law
5900 Princess
Garden Pkwy. #640
Lanham, MD 20706

Big Ad in yellow pages 623       Retaliation, EEOC
Alan Lescht + Associates P.C.
1050 17th Street, N.W. Suite 220
(301) 384-6202
Free Consultation for people who have
lost their jobs, many cases taken on contingency
basis
www.dcemploymentlawyer.net
definately call

R. Scott Oswald, Esq   651 call
888 17th St. N.W #900
Washington D.C.
(361) 937-4743

Free Consultation
        Weeks + Evening Appointment

Case — After given a typewritten complaint about being hara
by a co-worker & supervisor employees are responsible for filing
the complaint.

Case 1:07-cv-00530-RMU Document 16-25 Filed 12/03/2007 Page 3 of 114

Knight, Manzi, Nussbaum.

3) Page 628

(301) 952-0100
1440 old Mill Road
Upper Mar/boro, MD.

Civil Litigation
employment law

Monica M. Haley — Pierson
Pierson     305 Compton Ave
Laurel, MD

(mostly handle wills - estate)

4) page 632

Shaw, Bransford, Veilleux & Roth
Federal Employment Law
EEO, Adverse & Disciplinary Action.

Listen to us on FedTalk every Friday @ 11am via the internet
www. federalnewsradio. com

Debora L Roth    1100 Connecticut Ave., NW, Suite 900
Washington   DC      (202) 463-8400

Smith

Owen Diso — Employment, Discrip
(301) 452 - 1888

recall him
Ken Liebowitz   (703) 519 - 0999   no longer handle
employment

Dale Sanders   (703) 837 - 1650
employment

Lambada Legal Defense - Victor Glasberg
(212) 532 - ~~808080~~ 8197
Constitutional Claim # legal voilation

# WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| James Eisenmann<br>Passman & Kaplan<br>1090 Vermont Avenue, NW<br>Suite 920<br>Washington, DC 20005<br>202-789-0100<br>202-789-0101 (FAX) | DC, MD | $100.00 | $215.00 | No |
| Glenna E. Ellis<br>Attorney at Law<br>1300 Mercantile Lane<br>Suite 139-DD<br>Largo, MD 20774<br>301-386-3593 | MD | $50.00 half hour | $80.00 | Yes |
| Mindy G. Farber<br>Jacobs, Jacobs & Farber<br>11300 Rockville Pike<br>Suite 808<br>Rockville, MD 20852<br>301-770-8900<br>301-770-4160 (FAX) | DC, MD | $50/half hour | $205.00<br>contingency | Yes |
| Robert B. Fitzpatrick<br>Fitzpatrick & Associates<br>1875 Connecticut Ave., NW<br>Suite 1140<br>Washington, DC 20009<br>202-588-5300<br>202-588-5023 (FAX) | DC | $300.00 | $300.00<br>contingency | No |
| Alan M. Frey<br>Attorney at Law<br>1800 K Street, NW<br>Washington, DC 20006<br>202-296-5700<br>202-296-5706 (FAX) | DC, VA | $150.00 | $175.00 | Case by case |

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Michaele Snyder Battles<br>Attorney at Law<br>1420 Beverly Road<br>Suite 340<br>McLean, VA 22101<br>703-893-0938<br>703-821-8979 (FAX) | VA | $225.00 | $225-$275<br>$3,000 - $5,000<br>retainer | No |
| Michael Beattie<br>550 North West Street<br>Alexandria, VA 22314<br>703-299-5005 | DC, VA | No | $50.00-$125.00 | Yes |
| Joel P. Bennett<br>Attorney at Law<br>1208 Eton Court, NW<br>Washington, DC 20007<br>202-625-1970<br>202-625-1973 (FAX) | DC | $240.00 | $250.00<br>$3,500 retainer | No |
| David A. Branch<br>2000 Massachusetts Ave, NW,<br>Second Floor<br>Washington, DC 20036<br>202-785-2805<br>202-785-1807 (FAX) | DC, MD | $100.00 | $175.00-$225.00 | No |
| Elaine C. Bredehoft<br>Charlson & Bredehoft &<br>Jackson P.C.<br>11260 Roger Bacon Drive<br>Suite 201<br>Reston, VA 22090<br>703-318-6800<br>703-318-6808 (FAX) | DC, VA | $250.00 | $250.00<br>contingency<br>retainer | Yes |
| Gary T. Brown<br>Attorney at Law<br>1440 New York Avenue, NW<br>Suite 400<br>Washington, DC 20005<br>202-393-4900<br>202-393-4903 (FAX) | DC, NY | $250.00 | $250.00 | Yes |

2 SAME AS PAGE

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Roy J. Bucholtz, P.C.<br>1801 Reston Parkway<br>Suite 302<br>Reston, VA 22090<br>703-471-9660<br>703-471-5059 (FAX) | DC, VA | $250.00 | $225.00 | No |
| David R. Cashdan<br>Cashdan & Golden<br>1150 Connecticut Ave., NW<br>Suite 900<br>Washington, DC 20036<br>202-862-4330<br>202-862-4331 (FAX) | DC, MD | $150.00 | Case by case | Yes |
| Phillip K. Chung<br>Chung & Press, P.C.<br>6723 Whittier Avenue<br>Suite 302<br>McLean, VA 22101<br>703-734-3800<br>703-734-0590 (FAX) | VA | $50.00 | $15.00<br>Case by case | Yes |
| Wayne E. Comer<br>Attorney at Law<br>2240 Gallows Road<br>P.O. Box 270<br>Dunn Loring, VA 22027<br>703-698-9582 | DC, VA | $35.00 | contingency | Yes |
| Janet Cooper<br>Attorney at Law<br>400 7th Street, NW<br>Suite 402<br>Washington, DC 20004<br>202-638-7004<br>202-387-1290 (FAX) | DC | $75.00 | $75.00 | No |

3

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Alan Dockterman<br>Attorney at Law<br>1513 King Street<br>Alexandria, VA 22314<br>703-836-5892 | VA, IL | $40.00/half hour | $125.00<br>contingency | No |
| Daniel J. Dowling<br>2454-E S. Walter Reed Drive<br>Arlington, VA 22206<br>703-824-1796 | DC, VA | No | $75.00<br>contingency | Yes |
| Richard S. Edelman<br>Highsaw, Mahoney & Clarke<br>1050 17th Street, NW<br>Suite 210<br>Washington, DC 20036<br>202-296-8500<br>202-296-7143 (FAX) | DC, NY | $75.00/quarter hour | $165.00 | Yes |
| Barbara L. Edin<br>Attorney at Law<br>51 Monroe Street<br>Suite 1107<br>Rockville, MD 20850<br>301-340-8691 | MD | $75.00 | $175.00<br>contingency/<br>retainer | No |
| Laura F. Einstein<br>Kohn & Einstein<br>11 Dupont Circle, NW<br>Suite 800<br>Washington, DC 20036<br>202-667-2330<br>202-667-2302 (FAX) | DC, MD | $125.00 | $165.00<br>contingency | Yes |

# WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| James Eisenmann<br>Passman & Kaplan<br>1090 Vermont Avenue, NW<br>Suite 920<br>Washington, DC 20005<br>202-789-0100<br>202-789-0101 (FAX) | DC, MD | $100.00 | $215.00 | No |
| Glenna E. Ellis<br>Attorney at Law<br>1300 Mercantile Lane *dis connected*<br>Suite 139-DD<br>Largo, MD 20774<br>301-386-3593 | MD | $50.00 half hour | $80.00 | Yes |
| Mindy G. Farber<br>Jacobs, Jacobs & Farber<br>11300 Rockville Pike<br>Suite 808<br>Rockville, MD 20852<br>301-770-8900<br>301-770-4160 (FAX) | DC, MD | $50/half hour | $205.00<br>contingency | Yes |
| Robert B. Fitzpatrick<br>Fitzpatrick & Associates<br>1875 Connecticut Ave., NW<br>Suite 1140<br>Washington, DC 20009<br>202-588-5300<br>202-588-5023 (FAX) | DC | $300.00 | $300.00<br>contingency | No |
| Alan M. Frey<br>Attorney at Law<br>1800 K Street, NW<br>Washington, DC 20006<br>202-296-5700<br>202-296-5706 (FAX) | DC, VA | $150.00 | $175.00 | Case by case |

5

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Victor M. Glasberg<br>Attorney at Law<br>121 S. Columbus Street<br>Alexandria, VA 22314<br>703-684-1100<br>703-684-1104 (FAX) | DC, VA | Case by case | Case by case | Yes |
| Vicki G. Golden<br>Cashdan & Golden<br>1150 Connecticut Ave., NW<br>9th Floor<br>Washington, DC 20036<br>202-862-4330<br>202-862-4331 (FAX) | DC, MD | $185.00 | Case by case | Yes |
| Charles D. Goldman<br>Attorney at Law<br>1155 15th Street, NW<br>Suite 720<br>Washington, DC 20005<br>202-466-7550<br>202-467-5085 (FAX) | DC, NY | $150.00 | $200.00-$275.00<br>contingency | Yes |
| Leizer Z. Goldsmith<br>Attorney at Law<br>1010 Vermont Ave., NW<br>Suite 715<br>Washington, DC 20005<br>202-775-0040<br>202-737-0555 (FAX) | DC, MA, MD | $100.00 | $250.00<br>contingency | No |
| Neil L. Henrichsen<br>Mitterhoff & Henrichsen<br>1350 I Street, NW<br>Suite 1270<br>Washington, DC 20005<br>202-898-2590 | DC, NJ, VA | No | $125.00-$235.00<br>contingency | No |
| Harvey Holzman<br>8646 Allenswood Road<br>Randallstown, MD 21133<br>410-922-8696 | MD | No | $100.00-$150.00 | Yes |



# WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Kenneth D. Johnson<br>2300 N Street, NW<br>Suite 600<br>Washington, DC 20037<br>202-663-9334<br>202-663-9335 (FAX) | DC | No | Case by case | Yes |
| Michael G. Kane<br>Cashdan & Golden<br>1150 Connecticut Ave., NW<br>9th Floor<br>Washington, DC 20036<br>202-862-4330<br>202-862-4331 (FAX) | DC, MD, NY, VA | $195.00 | $195.00 | Yes |
| Joseph V. Kaplan<br>Passman & Kaplan<br>1090 Vermont Ave., NW<br>Suite 920<br>Washington, DC 20005<br>202-789-0100<br>202-789-0101 (FAX) | DC, MD, PA | $100.00 | $270.00 | No |
| Joseph B. Kennedy<br>Attorney at Law<br>2029 Connecticut Ave., NW<br>Suite 23<br>Washington, DC 20008-6141<br>202-462-4519<br>202-328-3155 (FAX) | DC, MD, VA | $75.00 | $75.00-$100.00<br>contingency | Yes |
| James L. Kestell<br>Kestell & Associates<br>717 D Street, NW, Suite 100<br>Washington, DC 20004<br>(202)347-4481<br>Fax: (202) 347-4482 | DC, VA | No | $175.00<br>1/3<br>contingency | Yes |

209 Midvale Street
Falls Church, VA 22046-3510
(703) 237-2912
Fax: (703) 237-4321

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| James R. Klimaski<br>Klimaski, Miller & Smith, P.C.<br>1899 L Street, NW<br>Suite 1250<br>Washington, DC 20036-3804<br>202-296-5600<br>202-296-5601 (FAX) | DC, MD | $150.00 | $250.00 + | No |
| Barbara Kraft<br>Martin, Bodley & Kraft<br>1717 Massachusetts Ave., NW<br>Suite 704<br>Washington, DC 20036<br>202-328-7222<br>202-328-7037 (FAX) | DC, MD | $150.00 | $130.00<br>contingency | No |
| Steven Kramer<br>1819 H Street, NW<br>Suite 550<br>Washington, DC 20006<br>202-659-8598<br>202-466-5734 (FAX) | DC, NY | No | $160.00 | Yes |
| Anjali Kumar<br>1070 Thomas Jefferson Street, NW<br>Suite 202<br>Washington, DC 20007<br>202-944-9640<br>202-944-9641 (FAX) | DC, MD | $150.00 | case by case | Yes |
| Alan Lescht<br>1300 19th Street, NW<br>Suite 408<br>Washington, DC 20036<br>202-463-6036<br>202-463-6067 (FAX) 303# | DC, MD, NY, FL | No | contingency | Yes |

_400 retainer fee_
_$250 initial_
_Represent_



# WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Peter S. Leyton<br>Ritzert & Leyton Attorneys<br>at Law<br>10387 Main Street<br>Suite 200<br>Fairfax, VA 22030<br>703-934-2660<br>703-934-9840 (FAX) | DC, VA | $200.00 | $200.00 | Yes |
| John Mahoney<br>Passman & Kaplan<br>1090 Vermont Ave., NW<br>Suite 920<br>Washington, DC 20005<br>202-789-0100<br>202-789-0101 (FAX) | DC, MD | $100.00 | $190.00 | No |
| James F. McGowan III<br>Ritzert & Leyton, P.C.<br>10387 Main Street<br>Suite 200<br>Fairfax, VA 22030<br>703-934-2660<br>703-934-9840 (FAX) | VA, NY | $200.00 | $200.00 | Yes |
| Carl Messineo<br>Partnership for Civil Justice<br>1901 Pennsylvania Ave, NW<br>Suite 1003<br>Washington, DC 20006<br>202-530-5630<br>202-530-5634 (FAX) | DC, NY | No | Case by case | Yes |
| Frank S. Mittelman<br>5179 37th Road<br>North Arlington, VA 22207<br>703-534-3953<br>703-534-5975 (FAX) | DC, VA, NY | No | $150.00 | Yes |

*handle cases with police misconduct*

*cell phone ext 201*

*202 Maa*

*Crystal Kend...*
*207 ... ext*

(9)

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Stephen Nassau<br>O'Toole, Rothwell, Nassau & Steinbach<br>1700 K Street, NW<br>Suite 700<br>Washington, DC 20006<br>202-775-1550<br>202-775-0008 (FAX) | DC, MD, NY | $150.00 | $225.00<br>contingency | Yes |
| Elizabeth L. Newman<br>Kalijarvi, Chuzi, & Newman, P.C.<br>1730 K Street, NW<br>Suite 1011<br>Washington, DC 20006<br>202-331-9260<br>202-872-9562 (FAX) | DC | $210.00 | $210.00 | No |
| Woodley B. Osborne<br>Osborne & Deutsch<br>1666 Connecticut Ave., NW<br>Suite 550<br>Washington, DC 20009<br>202-728-0820<br>202-234-1270 (FAX) | DC, MD, NY | Varies | $200.00<br>contingency | Yes |
| Edward H. Passman<br>Passman & Kaplan, P.C.<br>1090 Vermont Ave., NW<br>Suite 920<br>Washington, DC 20005<br>202-789-0100<br>202-789-0101 (FAX) | DC, MD | $100.00 | $230.00 | No |
| John Racin<br>Weissbrodt, Racin & Mielke<br>1721 Lamont Street, NW<br>Washington, DC 20010<br>202-265-2516<br>202-483-7895 (FAX) | DC, MD | No | $175.00 | Yes |

10

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Glenwood P. Roane<br>Attorney at Law<br>717 Marshall Road, SW<br>Vienna, VA 22180<br>703-938-5798<br>703-938-8805 (FAX) | DC, VA | half hour free | $175.00<br>contingency | Yes |
| Arthur P. Rogers<br>Whiteford, Taylor & Preston<br>1025 Connecticut Ave., NW<br>Suite 400<br>Washington, DC 20036<br>202-659-6800<br>202-659-6812 (FAX) | DC, MA, NH | $140.00 | $140.00 | No |
| Sol Z. Rosen<br>Attorney at Law<br>2501 Calvert St., NW<br>Suite 212<br>Washington, DC 20008<br>202-296-8485 | DC, NY, VA | No | $300.00<br>$1,500 retainer | Yes |
| Debra L. Roth<br>Shaw, Bransford & O'Rourke<br>815 Connecticut Ave., NW<br>Suite 800<br>Washington, DC 20006<br>202-463-8400 | DC, NJ | $185.00 | Retainer | Yes |
| Jay D. Schiffres<br>Attorney at Law<br>700 E Street, SE<br>Washington, DC 20003<br>703-383-3991<br>703-383-3998 (FAX) | DC | No | $150.00<br>Retainer | No |
| Richard Semsker, P.L.L.C.<br>1120 G Street, NW<br>Suite 200<br>Washington, DC 20005<br>202-331-8782<br>202-824-8199 (FAX) | DC, MD | $150.00 | Contingency<br>$2,000 retainer | Yes |



## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| E. Ned Sloan<br>Sloan & Associates, P.C.<br>7600 Georgia Avenue, NW<br>Suite 208<br>Washington, DC 20012<br>202-829-0886<br>202-829-4249 (FAX) | DC | $150.00 | $200.00 | Yes |
| Patricia A. Smith<br>Sanders, O'Donnell & Smith<br>515 King Street, Suite 400<br>Alexandria, VA 22314<br>703-549-2080<br>703-548-2669 (FAX) | DC, VA | No | $225.00<br>contingency | N/A |
| Fred S. Sommer<br>Attorney at Law<br>11921 Rockville Pike<br>Third Floor<br>Rockville, MD 20852-2743<br>301-230-1990<br>301-230-2891 (FAX) | DC, MD | $175.00 | Case by case | No |
| Beatriz Stack<br>Attorney at Law<br>7000 Arbor Lane<br>McLean, VA 22101<br>703-827-8576<br>703-847-1324 (FAX) | VA | $40.00 | $100.00 | Yes |
| Karen M. Stram<br>Attorney at Law<br>819 1/2 I St., NE<br>Washington, DC 20002<br>202-546-6270 | DC | $50.00 | Case by Case | Yes |

18

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Eric L. Siegel<br>The Siegel Law Firm<br>1730 K Street, NW<br>Suite 1107<br>Washington, DC 20006-2304<br>202-955-3012<br>202-298-9194 (FAX) | DC | Varies | Varies | Depends |
| Philip Simon<br>1730 M Street, NW<br>Suite 713<br>Washington, DC 20036<br>202-293-8090<br>202-293-7110 (FAX) | DC, MD, VA | Varies | $225.00 | Depends |
| A. Richard Thorsey<br>Peterson & Basha, P.C.<br>Tyson's Square Office Park<br>8214-C Old Courthouse Rd.<br>Vienna, VA 22182-3855<br>703-442-3890<br>703-448-1834 (FAX) | VA | Varies | $185.00<br>contingency | Yes |
| Mara Verheyden-Hilliard<br>Partnership for Civil Justice<br>1901 Pennsylvania Ave, NW<br>Suite 1003<br>Washington, DC 20006-3405<br>202-530-5632<br>202-530-5634 (FAX) | DC, NY | No | Case by Case<br>contingency | Yes |
| Francine Weiss<br>Kalijarvi, Chuzi & Newman<br>1730 K Street, NW<br>Suite 1011<br>Washington, DC 20006<br>202-331-9260<br>202-872-9562 | CA, DC, MD | $175.00<br>case by case basis | $175.00<br>case by case basis | No |

*police misconduct –*

*(202) 789-4330*

*250 cell phone*

*(12)*

*Snider Nytunya Stanford*
*Snyder & Associates   Tri-State Pikesville*
*1-800-347-2746     Baltimore, MD*
*Retainer Vatalya– 695 you don't*
*work contingency*

*$150*

*Exh-B*

*104 Church Lane     Rokville*
*B          21208*

# LEGAL SERVICES PROVIDERS

**Alexandria Lawyer Referral Service**
520 King Street, Room 202
Alexandria, VA 22314
703-548-1105
Hours: 9AM - 4PM, M-F
Provides referral to attorneys who are members of Alexandria Bar Association.  No fee for referral; half-hour initial consultation with attorney is $25.

**Alexandria Mediation**
1800 Diagonal Road
Suite 600
Alexandria, VA 22314
Hours: 9AM - 5PM or By Special Appt.
703-684-7677
This is a private mediation company which offers mediation services to individuals and groups on issues of family disputes, commercial disputes (contracts, collection, landlord and tenant) and EEO disputes.  Reasonable fees.  Open to anyone in the metro area.

**Arlington County Bar Association Lawyer Referral Service**
1425 N. Courthouse Road, Suite 1800
Arlington, VA 22201
703-228-3390
Hours: 8AM - 5PM, M-F
Provides referral to qualified local attorneys; there is a $25 fee for an initial consultation.

**Ayuda**
1736 Columbia Road, NW
Washington, DC 20009
202-387-0434 or 386-4849
Hours: M-F 9AM - 5PM
Provides legal aid for people in domestic violence and immigration cases.  Fee is determined case-by-case.

**D.C. Bar Public Services Activities Corporation**
1250 H Street, NW, 6th Floor
Washington, DC 20005-3908
D.C. Bar Legal Help Line
202-626-3499
Hours: 8AM - 8PM, M-F
The D.C. Bar Legal Information Help Line uses recorded messages to provide basic legal information about more than 30 subject areas. Callers may listen to messages about how to find an attorney and messages about legal service providers who serve low-income persons.  The Help Line messages will soon be made available in Spanish as well as English.

**Fairfax Bar Association Lawyer Referral Service**
4080 Chain Bridge Road
Fairfax, VA 22030
703-246-3780
Hours: 9AM - 4:30PM, M-F
Assists the public in locating legal assistance at a $40 initial consultation fee for first half hour; additional fees are determined between attorney and client. For persons with Fairfax County and Virginia legal matters.

The following three clinics are sponsored by:

**Georgetown University Law Center**
25 E Street, NW
Washington, DC 20001
202-662-9010
Hours: 9AM - 5PM, M-F

**Center for Applied Legal Studies**
111 F Street, NW
Washington, DC 20001
202-662-9565 (call-in only)
Hours: 9AM - 5PM, M-F
Handles social security income, consumer protection, and disability cases at the administrative hearing level in August and December. Free legal consultation.

**Institute for Public Representation**
111 F Street, NW
Third Floor Suite 512
Washington, DC 20001
202-662-9535
Hours: 9AM - 5PM, M-F
Provides legal services in the area of environmental law, communications law, and civil rights. No fee for legal consultation. Handles cases by referral only.

**Sexual Discrimination Clinic**
GULC
600 New Jersey Avenue, NW
Room 334
Washington, DC 20001
202-662-9640
Hours: 8:30AM - 5:30PM, M-F
Provides legal services for victims of domestic violence. Fee based on income.

**National Center for Law and Deafness**
800 Florida Avenue, NE
Washington, DC 20002
202-651-5373 Voice/TDD
Hours: 9AM - 5PM, M-F
Provides legal services and representation to hearing impaired individuals: $15,000/yr income limit on non-disability related cases; no income limit for disability-related cases. Offers free legal counseling for hearing impaired people in the metro DC area.

**National Partnership for Women and Families**
1875 Connecticut Ave., NW
Suite 710
Washington, DC 20009
202-986-2600
Hours: 9AM - 6:00PM, M-F
Provides advocacy services for women on state and national levels in the areas of sex discrimination, family and medical leave, and child support issues. Does not intervene unless case reaches national level. Offers no individual mediation services.

**Neighborhood Legal Services**
701 4th Street, NW
Washington, DC 20001
202-682-2700
Hours: 9AM - 5:30PM, M-F

682-2735        (202) Lawyer Referral 223-6080

Handles civil cases in the areas of housing, public benefits, consumer matters, family law, special problems of people with disabilities, employment, and race and sex discrimination. For low income persons only ($8513 for head of household, $2000 for each dependent).

**NLSP Neighborhood Offices**

**Anacostia Office**
1213 Good Hope Road, SE
202-678-2000
Serves zip codes 20003, 20020, 20032

**Court Area**
1130 6th Street, NW
202-289-5200
Serves zip codes 20001 and 20005

**Mt. Pleasant Office**
3616 1/2 14th Street, NW
202-726-1400
Serves zip codes 20009, 20010, 20012 and Hispanics

**Near Northeast Office**
1337 H Street, NE
202-399-6431
Serves zip codes 20002, 20011, 20017, 20018 and 20019

1012 14th Street #630
Mcpherson Square
I and K one block
John Gould Attorney
(202) 347-3889

Reply to Order

A
(202) 354-3000

Tomorow at 2:00 pm

**Jonathan L. Gould**
Kestell & Associates
Of Counsel

1012 14th Street, NW, Suite 630
Washington, DC 20005

Tel. (202) 347-3889
Fax (202) 347-4482
email jgould@igc.org

Lawyers

page 6 second
7

Labor + Employment Law

<u>Patrick Henry</u>  (240) 296-3488

5900 Princess
Garden Pkwy. # 640
Lanham, MD 20706

1) Big Ad in yellow pages <u>623</u>        Retaliation, EEOC

Alan Lescht + Associates P.C.
1050 17th Street, N.W. Suite 220
(301) 384-6202
Free Consultation for people who ~~have~~ have
lost their jobs, many cases Taken on contigency
basis
www.dcemploymentlawyyer.Net
(definately call)

2) R. Scott Oswald, Esq    <u>657   call</u>
888 17th St, N.W #900
Washington D.C.
(301) 937-4743

Free Consultation
Weeks + Evening Appointment

Case - After given a typewritten complaint about being harassed by a co-worker I suffered typing pains after filing the complaint

Knight, Manzi, Nussbaum.

3) page 628
   civil litigation
   employment law

   (301) 952-0100
   1440 old Mill Road
   Upper Marlboro, MD.

   Monica M. Haley — Pierson
                     Pierson
   (mostly wills - estate)  handle

   305 Compton Ave
   Laurel, MD

page 632
Shaw, Bransford, Veilleux & Roth
   Federal Employment Law
   EEO, Adverse & Disciplinary Action.

Listen to us on FedTalk every Friday @ 11am via the internet
   www. federalnewsradio. com

Debora L Roth   1100 Connecticut Ave., NW, Suite 900
                Washington  D.C.       (202) 463 - 8400

Owen Diso — Employment, Discrip

(301) 452-1888

~~call him~~

[ Ken Liebowitz    (703) 519-0999 no longer handles
                                    employment
* Dale Sanders    (703) 837-1650
  employment

Lambada Legal Defense - Victor Glasbery

(212) 532- ~~8197~~ 8197

Constitutional Claim # legal voclation

## WASHINGTON FIELD OFFICE ATTORNEY REFERRAL LISTING

| Name & Firm | Bar Admission | Consultation Fee | Hourly Fee | Waiver |
|---|---|---|---|---|
| Frank G. Aschmann<br>Aschmann & Aschmann<br>209 South Alfred Street<br>Alexandria, VA 22314<br>703-683-1142 | DC, VA | $50/half hour | $125.00 | No |
| Charles G. Aschmann<br>Aschmann & Aschmann<br>209 South Alfred Street<br>Alexandria, VA 22314<br>703-683-1142 | DC, MD, VA | $50/half hour | $175.00 | No |
| A. Baltazar Baca<br>Baca & Associates<br>888 16th Street, NW<br>Washington, DC 20006<br>202-835-8258<br>202-835-8136 (FAX) | DC | $150.00 | $225.00 | No |
| Alan Banov<br>Attorney at Law<br>1819 H Street, NW<br>Suite 360<br>Washington, DC 20006<br>202-822-9699<br>202-822-6392 (FAX)<br>202-822-0720 (TDD) | DC, MD, VA | $170.00 | $230.00 | Rarely |
| Michael Barnsback<br>DiMuro, Ginsberg & Lieberman<br>908 King Street<br>Suite 200<br>Alexandria, VA 22314<br>703-684-4333 | VA | $150.00 | $150.00 | Yes |

# Same as page 1

**First spar (Administrative Aide)**

Second spar (encoding machine operator) re: do not rehire



# WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
# SEPARATION PERSONNEL ACTION REPORT

| SECTION 1 – EMPLOYEE INFORMATION | | | | | | DATE: 07/06/2005 | |
|---|---|---|---|---|---|---|---|

**Type of Separation:** (Check One)
☐ Resignation ☒ Dismissal ☐ End of Assignment
☐ Normal Retirement ☐ Early Retirement ☐ Disability Retirement
☐ Reduction-In-Force ☐ Death

| Employee Name | Social Security Number | Employee Number |
|---|---|---|
| Jerenia Pierson | 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 | 006620 |

| Address | City | State | Zip Code |
|---|---|---|---|
| 1307 Nye Street | Capitol Heights | MD | 20743 |

| Home Phone | Dept/Office | Office Code | Location Code | Supervisor |
|---|---|---|---|---|
| | CFO/TRES | 2430 | 6760 | Angel M. Cabrera, Manager, Revenue Operations |

| Last Position Title | Employment Group | Union Code | Level/Grade-Step | Salary |
|---|---|---|---|---|
| Encoding Machine Operator | ☐ Rep ☒ Non-Rep | | | $28,349.00 |

| Effective Date of Action | Last Day Worked | Remarks |
|---|---|---|
| 07/01/2005 | 07/01/2005 | Do not re-hire |

**SECTION 2 – SEPARATING DEPARTMENT/OFFICE**

| Rule Book | Keys | WMATA I.D. | Clothing | Parking Permit | Other* | ITSV I.D. |
|---|---|---|---|---|---|---|
| ☐ Yes ☐ No ☒ N/A | ☒ Yes ☐ No ☐ N/A | ☒ Yes ☐ No | ☐ Yes ☐ No ☒ N/A | ☐ Yes ☐ No ☒ N/A | ☐ Yes ☐ No ☒ N/A | ☐ Yes ☐ No ☒ N/A |
| Value: | Value: | Value: | Value: | Value: | Value: | Value: |

*Explanation of other

Total Amount Due

| Employee Signature | Date |
|---|---|
| Unavailable for Signature | |

| Supervisor Signature | Date |
|---|---|
| Angel Cabrera - Manager - Revenue Operations | |

| Office Director | Date |
|---|---|
| *Alvin Doehring – Treasurer* | |

**SECTION 3 – OFFICE OF HUMAN RESOURCE MANAGEMENT AND PLANNING**

| Recall Rights | Recall Eligibility | Severance Benefits |
|---|---|---|
| ☐ Yes ☒ No | ☐ 1 Year ☐ 2 Years ☐ 3 Years | Eligible for Union Severance Benefits? ☐ Yes ☒ No <br> Ending Date for Severance Benefits |

**SECTION 4 – APPROVALS**

| Director/HRMP Representative | Date |
|---|---|
| | |

| Assistant General Manager/WDDP | Date |
|---|---|
| | |

| General Manager/CEO | Date |
|---|---|
| | |

**SECTION 5 – OFFICE OF ACCOUNTING**

| ☐ Advanced Annual Leave | ☐ Advanced Sick Leave | ☐ Uniforms | ☐ Property | ☐ U.S. Savings | ☐ Advanced Travel |
|---|---|---|---|---|---|
| Value: | Value: | Value: | Value: | Value: | Value: |

| ☐ Tuition Reimbursement | ☐ Relocation Reimbursement | ☐ Other | Credit Union | |
|---|---|---|---|---|
| Value: | Value: | Value: | AB&W ☐ Yes ☐ No | Transit Employee ☐ Yes ☐ No |

| Total Value | Certified By | | Certification Date |
|---|---|---|---|
| | | | |

**SECTION 6 – OFFICE OF TREASURER**

| WMATA ID Received ☒ Yes ☐ No | WMATA ID Charge |
|---|---|

| Certified By | Date | Certified By | Date |
|---|---|---|---|
| | | | |

(rev.Web-2003)    ORIGINAL - HRMP        COPY-TRES        COPY - EMPLOYEE        COPY ORIGINATOR/OFFICE

# WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
## PERSONNEL ACTION REPORT

DATE: 03/25/2005

## SECTION 1: TYPE OF PERSONNEL ACTION

**EMPLOYMENT ACTIONS**
- New Hire
- Re-Hire
- 1 Limited Hire
- Reinstatement
- Promotion
- Transfer
- Return to Duty
- Voluntary Reassignment
- Involuntary Reassignment
- Demotion
- Suspension
- Leave Without Pay (LWOP)
- Sick Over 30 Days
- Worker's Compensation Over 30 Days

**COMPENSATION ACTIONS**
- Title Change
- Reclassification
- Disability Leave
- Long-Term Disability
- Longevity
- Career Ladder
- Salary Increase
- Salary Adjustment
- Delay Salary Increase
- Acting Assignment
- Termination of Acting Assignment
- Lump Sum

**Effective Dates of Action(s)**

1. 03/28/2005
2.
3.
4.

## SECTION 2: EMPLOYEE INFORMATION

| Employee Number | Dist Code | Social Security Number | Date of Hire | Home Phone Number | Birth Date |
|---|---|---|---|---|---|
| 000620 | | 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 | 03/28/2005 | 301-322-4638 | 09/08/196 |

| First Name | Middle Name | Last Name | | | |
|---|---|---|---|---|---|
| JERENIA | | PIERSON | | | |

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 1307 NYE STREET | CAPITOL HEIGHTS | MD | 20743 |

| Position Title | Class Code | Position Control No. |
|---|---|---|
| ADMINISTRATIVE AIDE | 8852 | 002719 |

**Employment Categories:** Regular / ☒ Temporary / ☐ Trainee / ☐ Intern / ☐ Pensioner

**Employment Type(s):** ☐ Full-Time / ☐ Part-Time / ☒ Limited Durat

| Dept/Office | Office Code | Location Code | Union Code | Shift | Hours | Salary | Level/Grade |
|---|---|---|---|---|---|---|---|
| CFO/TRES | 2420 | 0114 | 0000 | D | 75 | $28,349.00 | BO-06 |

**Employment Group:** ☐ Rep / ☒ Non-Rep

**Reports To (Name and Title):** Edward Barnette - Ass. Mgr, Cash Technologies

## SECTION 3: STATUS CHANGE

| New Position Title | Class Code | Position Control No. |
|---|---|---|
| | | |

**Employment Categories:** ☐ Regular / ☐ Temporary / ☐ Trainee / ☐ Intern / ☐ Pensioner

**Employment Type(s):** ☐ Full-Time / ☐ Part-Time / ☐ Limited Dura

| Dept/Office | Office Code | Location Code | Union Code | Shift | Hours | Last Day Worked | Dist Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Employment Group:** ☐ Rep / ☐ Non-Rep

**Reports To (Name and Title):**

## SECTION 4 - SALARY CHANGE

| From (Annual Salary) | Level/Grade-Step | To (Annual) Salary | Level/Grade-Step | Amount of Increase |
|---|---|---|---|---|
| | | | | |

| % of Increase | Date of Last Increase | Reason for Change | | |
|---|---|---|---|---|
| | | ☐ Salary Increase ☐ Promotion ☐ Other: | | |

| From (Annual Salary) | Level/Grade-Step | To (Annual) Salary | Level/Grade-Step | Amount of Increase |
|---|---|---|---|---|
| | | | | |

| % of Increase | Date of Last Increase | Reason for Change | | |
|---|---|---|---|---|
| | | ☐ Salary Increase ☐ Promotion ☐ Other: | | |

## SECTION 5 - FOR HRMP USE ONLY

| Seniority Date | Anniversary Date | Next Review Date | CSBR Review/Approval Signature | Date |
|---|---|---|---|---|
| | | | | |

## SECTION 6 - APPROVAL

| Risk | Date | Office Director | Date | Dept/AGM | Date |
|---|---|---|---|---|---|
| | | ALVIN W. DOEHRING | | PETER BENJAMIN | |

| Dept/DGM | Date | Director/HRMP Representative | Date |
|---|---|---|---|
| | | | |

| | General Manager/CEO | Date |
|---|---|---|
| | | |

## SECTION 7 - REMARKS

*Bio 1 year*

Washington Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, D.C. 20001



UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37⁰
02 1A
0004394338          SEP 08 2005
MAILED FROM ZIP CODE 20001

Ms. Jerenia Pierson
1304 Nye St.
Capitol Heights, MD 20743

20743+1244-09 C010

SUPPLEMENT OF
HARASSMENT

# Statement presented at the time of the harassment

AUSUST 1,2005                                    CHARGE NU. 100-2005-01532

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, DC 20507

ATTN: Case Investigator

I would definitely have to include a forgotten statement regarding my case, which was refresh by talking for at least hour through legal counsel about my case. On June 28, 2005, Tuesday, I was engage in a conversation with Ms. Betty Bens on the first day of my arrival. In the afternoon Ms. Bens ask me if I knew of a restaurant by the name of Fishtee located on H Street. I responded yes. I have been there once through my recollection but was certain where it was located. Ms. Bens statement to me was she heard that they sell good food there and a friend of hers told her about it. So Ms. Bens got on the phone and called a friend of hers, whom I was assuming a guy overhearing the conversation. Then she hung up the phone and said that she would be going to the restaurant after work because she had a taste for fish and was absolutely going, she seem to expect for me to come along but since it was my first day and I didn't know her that well, I didn't respond each time she mention her desire to go there. **On some particular nights it is used as a lesbian night club, which I had attending on that one occasion. The restaurant is a setting that has a lot of unusual sculptures of art and afro-centric paintings in a dark surroundings. I believe that Ms Bens was aware that this club was utilize as such. There are many restaurant in the WASHIHNGTON METROPOLITIAN** area. This may have been the reason for her hostile statement directed towards me on JUNE 29,2005 and the many other statements that follow. This information I'm providing will hopefully assist with investigating my case.


Sincerely,



Jerenia Pierson

JULY 25,2005                                CHARGE NU. 100-2005-01532

EQUAL EMPLOYMENT OPPURTUNITY COMMISION
1801 L Street, N.W,.
Washington, DC 20507

ATTN: JOANN HOLMES-FRAZIER

I have typed my statement, instead of the hand written one because of incorrect spelling
and grammar, also has less pages to read. I would like for you to submit it to whom may
be handling my case. I like to see if there is a possibility that I can try to submit or change
my position to mediate with metro because I really need a job. I have no financial
resources . I will send the statement over by fax and will call to see if you have receive.

If you have any question or concern's, I can be reached at (301) 322-4636 or (240) 463-
3728.


Sincerely,

Jerenia Pierson
Jerenia Pierson

Mrs Marlene Dottlis
3301 Eishower Avenue
Alexandria, Virginia 22314

On June 29, 2005, At 3:25 p.m. I brought to your attention a problem I was experiencing
on the job with a co-worker , Ms. Betty Bens. During the conversation you stated the
issue would be address. However the issue wasn't resolve within the day before the
endingof my shift for this reason I have decided to give a type written notice. So this
matter can be resolve. Also, during the meeting I didn't feel  you took the matter very
seriously because I  had to return to work to face a hostile work enviroment. I would like
to point out  if I had enough time to type letter to you instead of during my job which I
am paid for there obvisouly and problem. Ms. Bens also has taken the  initiative to make
sure the new girl has had opportunity to learn mostly all aspect's of the job on the first
day of the job. I would like a remedy to the problem by addressing the issue and
maintaining a professional work environment. If I can't get the help I need I will seek
further assistance.

Thank you,

*Jerenia Pierson*

Jerenia  Pierson.

Cc: Mr . Corbora, Ms. Brenda McDonald

Charge number 100-2005-01532

Reported to work at 7:40 am. While working at the desk. I could overhear a conversation, Ms. Betty Bens was engage in making reference to typing and other issue's that seem to be directed towards me, so I got up to see whom she was speaking with (Mrs. Mary Jackson).

As the morning went on the new girl Kimberly had arrive. Around 8:40 a.m. Kimberly and myself was ask to report to the front office by Ms. Brenda McDonald. When we arrive we where given instruction to follow by Mrs. Darlene Dottellis. We were told that we needed to be Ms. Bens shadow on several occasion throughout the meeting. Also, that where we left our former position would be disregarded. During the meeting, I address the issue of arriving by train and the new girl Kimberly also reveal she would be coming in the same way. After the meeting we were given time cards.

Kimberly and myself return to work, while working I could overhear Ms. Bens again speaking in a loud manner, when by passing my desk area about a person looking in appearance as if they were a man.

Latter that afternoon I had completed a work assignment and needed to start a different task. I called out to Ms Bens on several occasion and she didn't respond. The area office settings were very quiet, so you could hear anyone speaking. I got up went to her desk area notice she was with the new girl overhearing saying something in regards to she didn't know what was wrong with that chick over there, by this time I decided I was going to speak out.
My statement was I don't know what's going on this is only my second day here, making Kimberly aware I didn't know Ms. Bens beyond just arriving like she was.

At that point I decided to go to the office and let Ms. McDonald know that I was experiencing a problem. As I was stating the nature Ms. Bens rushed in to make reference to some envelops. I didn't have an opportunity to share everything that was going on. Ms Bens then left out of the office. Ms. McDonald winks at me and stated she would let Mrs. Dottelis know when returning to the office.

After returning from the office, I sat at the desk for least thirty minutes with nothing to do. I finally got up and went back to the front office and found Ms. Dottellis there, stepped into the office and sat in chair begin sharing some negative experience that I was going thru. Mrs. Dottellis stated it was late in the afternoon and would address the issue before the shift was over,
I return to my desk sitting there doing nothing for another thirty minutes and decided to type the letter because I had nothing to do and was very distraught about the situation.

After presenting the letter to Mrs. Dottellis she seem very surprise. Around 4:15 p.m., Ms. McDonald announces there would be a meeting at 8:15 a.m. tomorrow with farecard sales section.

<u>JUNE 30,2005</u>                     **THURSDAY**                          DAY 2
Charge number 100-2005-01532

Encountered new lady Kimberly after leaving transit system rode bus together as we
were walking we begin to talk about the meeting.  I then stated this will be my third day,
but yesterday was my second and everything seem fine the first day.  I got the
opportunity to be introduced to people upstairs and downstairs in the office by Mrs.
Dottellis.
 Ms. Bens and myself sat, talk through lunch I can't understand what happened, why she
behave in the  manner she did almost a 360* degree turn. Kimberly then stated out of the
blue they have civil rights against that now you can't say anything you want to.  I couldn't
believe she said that and change the subject.

Arrive at 7:40 a.m. and went to desk I saw that the computer was on, Kim also sat at hers.
Ms. Bens announce out loud that the work was already sat up.  We worked thru the
morning, as 8:15 a.m. approach no meeting, work thru break nothing said and went to
lunch.

At 2:00 p.m., Ms McDonald said she wanted me to come to the front office, which I
proceeded to follow.  When I arrive there Ms. McDonald sat down and Ms. Dottellis was
sitting, she begin talking with me.  I begin to state the nature of the problem.  I told Mrs.
Dottellis what had taken place and what I seem to be overhearing.

Mrs. Dottellis ask, why I was in Ms. Bens area. I responded by saying I was doing what
you had instructed me to do from the previous day, follow Ms. Bens directions orders and
become her shadow. As we went on Mrs. Dottelis seem to defend Ms.Bens actions.  I
then told them I felt like I was being victimize over again, also stated would Ms. Bens be
address. Mrs Dottellis reponse was I will talk to Betty later.  I mention the fact that I
thought this meeting would consist of Ms. Bens and myself for mediation. Mrs Dottellis
then went on to talk about issues's not pertaining to the meeting,. I then became
emotionally upset and was given a box of tissue by Mrs.Dottelis and Ms. McDonald seem
to be very sympathetic. Ms. McDonald intervene and got back to the issue at hand.

At the end of the meeting, I was told no longer would I take directions from Ms Bens, I
would follow their orders. When I left out of the office,  the other employees had taken
break and return and could see I had been upset.  Later Ms. Bens was called in and when
she return she seem to be more reserve not as loud but continue to play her reggae music.

I ended day thinking the matter was resolve, thanking Mrs. Dottellis for helping and
listening.

Page 1

<u>JULY 1, 2005</u>                                <u>FRIDAY</u>                                DAY 3
Charge number 100-2005-01532

The morning begin with me saying hello to Mrs. Dottellis, asking if it was okay to punch in, thanking her again for yesterday. Once I sat down my things I came into the office to receive direction from Mrs. Dottellis and waited for her to bring computer up. While waiting Mrs.Dottellis was having a conversation over the phone it seem to be with Mr. Cabrera she made reference to a couple of applicants whom she disapprove of for applying for postions.

While waiting I begin to look around the office, as I sat in a chair directly behind me was a picture of Mrs. Dottelis with a service award with two gentlemen underneath was a picture of MS.Bens with same gentlemen  I begin to think it was odd because Ms. Bens had a work location with several pictures surrounded by her desk (afro-centric drawings} and her pictures was in that office.  I then realize that Mrs. Dottelis and Ms.Bens were closer colleagues that I thought and that was the reason for Mrs.Dottelis odd behavior towards me in the meeting.  As I turn back around to face Mrs. Dottellis she seem surprise as if she realize I put the information together  Mrs. Dottellis then stated to Mr. Cabrera there is also a couple of other things I want to talk to you about nothing major very minor,

Then she hung up and came to assist me with logging on because I didn't have a password to bring computer up.  As I worked Mrs. Dottellis begin to stay out of the office and in the area where I worked she twice through paper in a trash can beside my desk. Another odd behavior because three days I was there she really didn't come out to the back to interact.

Through the course of the day, indirect comment continue from Ms.Bens stating to Kimberly out loud we don't do what they do we are doing more important work as if my job wasn't sufficient.  Even though we were working on the same task to lower (decrease) the workload.

A little before 3;00p.m. I decided to contact a guy about a rental car, so I could come to work on Monday July 4,2005,  As I picked up the phone Ms. Bens observed, I couldn't get the line to connect, so it rang back. Ms. Bens stated someone stupid is trying to use the phone Lucie (Mrs. Beatrice Lopez).  That's when I decided to use my cell phone but couldn't get reception, so I got up to go to another part of the building but ran into Ms. McDonald.  Before I could make a call she stated Mr. Cabrera wanted to see me.

I proceeded to follow Ms. McDonald downstairs to the office, not knowing what it was in regard to.  I thought it would be a pleasant meeting because he had came to the window at the headquarters, I had assisted him and it wasn't unpleasant meeting.  Mr. Cabrera was on the phone when I arrive.  I sat down and told Ms. McDonald the remarks still was continuing .  Ms McDonald statement was to let him know.  He hung up the phone.

<u>JULY 1, 2005</u>               <u>FRIDAY</u>                              DAY 3
Charge number 100-2005-01532


Once I begin to state there was hostility I receive from Ms. Bens I didn't know the reason
why, I have never receive such action's.  He seem to have made up his mine because he
didn't want to hear anymore. He stated I have known Ms. Bens for twenty six-years
personally I can' t have this going on,.  He went on to say as of today we don't have any
more work.  I will be talking to Ms. Bens but unfortunately you will not be here to see
that. I felt there wasn't anything I could say I got up and Ms. McDonald followed. He ask
for badge return.  I return upstairs very distraught thinking I just lost my job with no
financial resource's , no vehicle and how tell my family I don't have a job everything
became a blur so I gathered my things to leave.

After filing a complaint I experience retaliation through loss of a job for excising my
rights and would like your agency assistance.  Originally I was sent there to cover for a
lady out on maternity leave and applied for numerous openings they had at the location.

To give further insight I started as a temporary employee with a company called CTI and
a month later was hired on board with metro. Receive a referral from my boss Mr.
Edward Burnett to location because of my service performance while at the headquarters,
and three days later no job. Again, I would like for this horrible injustice  to be corrected.
I can be reached at (301) 322-4636 or (240) 463-3728 if there are any question or
concern.


Sincerely,

*Jerenia Pierson*

Jerenia Piersson



January 4, 2007                               EEOC#: 100-2005-01532C

Mattie J. Whitfield
U.S Equal Employment Opportunity Commission
City Crescent Building
10 South Howard Street 3rd Floor
Baltimore, MD 21201

Re: Rebuttal

Dear Ms. Whitfield

I have has an opportunity to read over the position statement provided by WMATA of rejections of the Office of Human Rights located in Alexandria Virginia to oversee my case due to the fact that WMATA has describe in the statement to be an interstate compact agency. However , at the end of the letter it makes reference the staff of WMATA Office of Civil Rights lacks the authority to waive this immunity which is a matter of Federal law.

The Federal law states employer cannot violate the law by retaliating and discriminating against employee in the work place under Title VII of the Civil Rights Act. As a result for filing a complaint because of working in a hostile environment. I suffer a loss of employment not for doing a job but for writing a letter explaining I was being harass.  The agency continued to react in a retaliatory way after my termination, which lead me to continue to seek help with an agency the government instituted to monitor and correct an overbearing employer WMATA who violates the laws. The EEOC.

Before my arrival at the Alexandria location. I started out as an Administrative Aide at the headquarters of the Washington DC field office. I was  kept on from a temp position because of my determination to want to excel according to my boss Mr. Ed Barnette. Mr. Barnette contine to commend  my outstanding performance on the job that on one occasion I was place ion the position to handle payroll disbursement while a regular employee took a two week vacation. During the time he was off I handle the opening and close of a multi-dollar operation sending positive pay information via computer to banks, thousands to millions, signing and given personal authorization for employees to get paid, typing and processing (printing checks) for employee's pay advancement as well as garnishments. Tution reimbursement and consumer refund any transaction that involve the pay out of money or sometimes the collection for the agency. The consumer refund report of the payout was generated and sign would always be sent to the Alexandria location which is a separate entity to the Treasury Dept, so I was use to receiving e'mail fom them.

I was transferred to the Alexandria Office thru high recommendation my boss Mr. Ed Barnette as well as his boss Mr. Al  Durhing wishing me well and hoping much success as I has at the headquarters. I have given a type written statement to the Office of Human Rights in Alexandria at the time of my arrival and will provide your office with any documents that are needed

**RECEIVED**

MAR 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

The retaliatory actions began to take place after termination. Applied and had numerous application in the system which I was well qualified for even the several position open at the Alexandria location under Mrs. Mary Jackson. Also, applying minimum position such as bus cleaner, janitorial and advisory committee ( to receive no pay) and a job fair applying for the same positions to see if I would be contacted or consider. I would receive acknowledgement letter of application receive but noting further.

**Before I actually begin working for WMATA, I applied for a bus operator position. Receive a positive response the first time I submitted my application . I was tested 11/12/04 invited to attend a training class. So there couldn't have been any justification for the agency to show I'm a disqualified candidate. Unless, the fact that I receive in the mail two months after my termination a different Separate on Personnel Action (SPARS) stating under remarks "Do not re-hire and a different title. Maybe I am blackball. I will not have the ability to seek employment with this agency that I hoped I would have a career with despite the personal tragedy and loss due to the illness of my mother which I instead gave most of my time to the agency.**

Under Section 704(a) of Title VII section of the ADEA and Section 503 of ADA it us unlawful for an employer to discriminate against anyone, or for a union to discriminate against it's members or membership applicant because they have made a charge, tested assisted or participated in any manner in an investigation proceeding or hearing proceeding or hearing under the laws. I'm not certain but I would apply to all levels of discrimination charge. Section 703 (b) unlawful employment practices.

Recently, I receive a letter along with an invoice statement . The invoice statement started arriving several months after I was terminated. The contents of the letter states a dollar figure of $299.60 for overpaid vacation and to bring legal proceeding against me to collect and possibility of a report being sent to credit agency. Due to the fact of someone else miscalculations, I do not believe the amount be correct or owed. I have all my pay stubs from WMATA and will send a copy of them if you need them for verification.
The agency (WMATA) puts me out of a job expects me to pay and bring legal proceeding against me. As of today I'm unemployed and don't have the ability to pay.

I feel as though I have been improperly wronged and would like to have this horrible injustice corrected. I would your office assistance in resolving this issue.

Please contact me at (301) 322-4636 to further discuss this matter. I will be sending additional information to help assist with my case by faxing, e'mail  and certified mail.

Sincerely,

*Jeremia Peerson*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Baltimore Field Office**

City Crescent Building
10 South Howard Street, 3rd Floor
Baltimore, MD 21201
(410) 962-3932
TTY (410) 962-6065
FAX (410) 962-2817/4270

December 19, 2006

Ms. Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

EEOC #: 100-2005-01532C

Dear Ms. Pierson:

Enclosed is a copy of the Position Statement without attachments from your employer. Please read and submit your rebuttal along with any additional information to this position statement by **January 5, 2007.**

IF WE HAVE NOT HEARD FROM YOU BY THE ABOVE DATE, WE WILL ASSUME THAT YOU DO NOT INTEND TO SEND A REBUTTAL TO YOUR CHARGE OF DISCRIMINATION. A NOTICE OF RIGHT TO SUIT WILL BE ISSUED TO YOU.

If you have any questions, please feel free to give me a call on (410) 962-6607, between the hours of 7:30 a.m. to 4:30 p.m. and my email address is mattie.whitfield@eeoc.gov.

Sincerely,

Mattie J. Whitfield
Investigator

Enclosure

# Terrell & Associates, LLC.

8609 Engleside Office Park, Suite C, Alexandria, VA 22309
Office: (703) 780-0241 ♦ Fax: (703) 780-4799
Toll Free: (866) 906-5707

May 23, 2007

JERENIA PIERSON
1307 NYE STREET
CAPITOL HEIGHTS, MD 20743

RE:    **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
BALANCE:          $299.60
SETTLEMENT AMT:    $150.00
ACCOUNT NO.:
REFERENCE NO.:     E00620

Dear Ms. Pierson

In representation of our client, **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**, we thank you for your recent payment made on 04-24-2007 for $150.00. Your payment has completed any and all monies due to our client. This transaction has fulfilled any obligation owed to our client under that date of service and account number. If this account has been reported to the credit reporting agency, we will have any derogatory remarks removed immediately.

Sincerely,

Cici Washington
Account Representative

cc/ sls:
file

This is an attempt to collect a debt any information obtained will be used for that purpose.
For any checks returned by your bank, a $25.00 returned check charge will be added to your account.

*APPLIED FOR JOBS*

# Applied, had numerous applications in the system

- Revenue technician (5 positions)
- Janitor
- Bus cleaner
- Rail car cleaner
- Encoding machine operator
- Cleaning machine operator
- Riders advisory council application (no pay involve)
- Gardener D
- Attended job fair (applied for different and same position's.

October 4, 2005

Office of Human Rights
421 King Street, Suite 400
Alexandria, Virginia 22314

Attn: Pat Rubell

I recently had experience several discoverers in regards to my case. On Friday. October 7,20005. Metro will be holding a job fair that was advertise in The Washington Post paper. The positions that will be open, consisting of two jobs that I had applied for previously. The titles are Bus cleaners and Janiotorial positions, I wasn't even notified or considered. Given the fact that I am still unemployed (suffering a financial hardship) because of filing a complaint. I will certainly try to attend and will contact you on the outcome. I will include the original applications and response receive from metro.

The second issue I will like to bring about is information that is posted on a job announcement that I received while searching for employment . The job that I applied for stated the policy inactive in regard to discriminatory practices which mention the fact of being harass because of personal appearance which I had stated all along. That my case is base on retaliation for filing a complaint about working in a hostile work environment and suffered a loss of employment for doing so. I am going to also, fax over a copy.

Recently I had an opportunity to visit the location of the restaurant to participate in a function that was held there and it is definitely use as a lesbian club. The spelling is (PHISTEE) which was misspelled in my earlier statement.
I would like to state that EEOC has implemented rights against retaliation for filing a complaint which have been aware for many years. The reason they have these agencies in place is to protect individual's who are not able to defend themselves against an abusive employer and those whom may violate the law.

I would hope that your agency can do your very best to help me . This really shouldn't happen to anyone especially when I give it my all for the company despite my mother having to deal with the late stages of cancer and my refusal to take anytime off for her numerous surgeries. I hope to hear from you soon. If you have any question or concern's I can be reached at (301) 322-4636.


Sincerely,


Jerenia Pierson

# $1 Billion Metro Bud
# Would Add Jobs, Rail

By LYNDSEY LAYTON
Washington Post Staff Writer

A committee of Metro directors gave initial approval yesterday to a proposed $1 billion operating budget that calls for higher subsidies from local governments but no fare increase.

The budget, which will go back to the board for final approval next week, would take effect July 1 and mark the first time in Metro's 29-year history that operating costs exceed $1 billion. It represents an 8 percent increase over the current $973.6 million operating budget.

The new spending plan, which the committee passed 6 to 2, includes the cost of adding 25 buses and 62 rail cars to alleviate over-crowding, 24 positions to improve the inspection and maintenance program, 17 workers to help direct crowds at busy rail stations, 11 janitors, 11 customer service representatives and 300 bulletproof trash cans for the rail system. The agency's payroll will expand to 10,451 jobs.

Metro's operating costs are paid by passenger fares, money from advertising and other revenue, and subsidies from the jurisdictions served by the transit system. In the proposed budget, local governments are being asked to pay $434.4 million, an 8 percent increase over the current level.

Most Metro directors said they want to increase government subsidies rather than fares. Metro raised fares twice in the past two years, and Metro riders shoulder a higher share of the operating costs than riders of any other subway system in the country except New York's. In April, the most recent month for which figures were available, Metro passengers paid 66.7 percent of operating costs. The national average is about 30 percent.

Robert J. Smith, who represents Maryland on the board, said the subsidy increase was steep and cannot be repeated. "To sustain subsidy increases of this size is not only unlikely, it's impossible," he said. Smith and the other Maryland representative on the board, Charles Deegan, voted against the proposed budget, saying they will not support it without certain controls. They said they want a guarantee that excess revenue collected by Metro is returned to Maryland and the other local governments. Record-breaking ridership in April has produced an estimated ... surplus in the current ... Metro

officer by fall.

Smith's concerns com ... ries of articles this wee ... Washington Post deta ... Metro mismanaged near ... tion in recent rail car and ... projects and spends mil ... projects not directly relat ... core transportation missio ... newspaper's investigatio ... found that the agency ignor ... ty warnings and failed to effe ... manage its program to tra ... the disabled.

Rep. Thomas M. Davis III (R ... said he is asking the Govern ... Accountability Office to invest ... the way Metro managed its rail ... and escalator contracts and is p ... ning hearings in July on mana ... ment of the public transit syste ... And D.C. Council member, Car ... Schwartz (R-At Large), has sche ... uled a June 2 public roundtable t ... discuss Metro management.



# JOIN US AS METRO OPENS DOORS OF OPPORTUNITY

A bright future is waiting for you at Metro. Metro is a great place to work with outstanding opportunities, competitive pay, excellent benefits and a chance to build a solid career.

Dont miss your chance to meet with Metro's employment staff in person and learn about the many jobs we have to offer. Become part of a world-class transit system and a leading employer in our area. Career readiness workshops will be offered throughout the day.

We want dynamic and diverse applicants for:

- Bus Operators
- Rail Car Mechanics
- Bus Cleaners
- Rail Car Cleaners
- Bus Maintenance Mechanics
- Janitors
- Metro Transit Police
- Laborers

Other positions are posted at careers.wmata.com or MetroOpensDoors.com.

## METRO CAREER AND EDUCATION FAIR
### FRIDAY, OCTOBER 7, 2005
10 a.m. to 2 p.m.
**FESTIVAL CENTER**
1640 COLUMBIA ROAD NW
(at Mozart Place)
(between 16th and 18th Streets, NW)
WASHINGTON, D.C.

**Getting there by Metrorail:**
Exit Columbia Heights on the Green Line or Woodley Park-Zoo/Adams Morgan station on the Red Line.

**Getting there by Metrobus:**
Use Routes H2, H4, S2, S4, 42, S2, S4, 90, 92 or L2.

For trip planning, go to MetroOpensDoors.com or call 202-637-7000 and use the Trip Planner. For information about wheelchair or lift-equipped buses, please call 202-962-1825.

WMATA is an Equal Opportunity/Affirmative Action Employer. We promote a drug-free workplace.

---

### D.C. Office of Personnel
1st Annual District Government
## JOB FAIR

**October 5, 2005 - 9:00 am - 6:00 pm**

**Hilton Washington**
1919 Connecticut Avenue, NW

The District of Columbia Government is looking for the best and the brightest to join its workforce.

If you are looking for a chance to make a difference in the nation's capital, there is a future for you as a member of the District Government's team.

All District Government Agencies Will
Seminars and Workshops Prov
For more information, please visit
www.dcop.dc.gov



Anthony A. W
Government of th



February 1, 2006

Dear Career Fair Attendee/Applicant:

Thank you for applying for employment with the Washington Metropolitan Area Transit Authority (WMATA) during our October 7, 2005 Career and Education Fair. Due to the huge response to this event, our final assessment of applicants has taken longer than anticipated and only recently completed. Members of our team have reviewed your qualifications. While your background is an interesting one, we have received a number of resumes from applicants whose qualifications more closely match the needs of our organization.

In some instances, we were not able to evaluate adequately the candidacy of applicants due to incomplete information on the employment application. As a service to the community, our next outreach program will be a community education and resource fair. During the fair, we will explain the selection process at WMATA and the requirements of the positions for which we routinely recruit. Assistance will be provided in job readiness and job search skills, as well. We will be conducting this outreach event in the spring and encourage your attendance. Please stay tuned for information concerning the upcoming community education and resource fair.

In the meantime, please feel free to apply for other positions suitable to your background and qualifications. To find out about other job        tunities, visit our website at www.metroopensdoors.com (updated         .ekly).

Again, we appreciate your interest in WMATA            .sh you continued success in the pursuit of your career objectives.

Sincerely,


Employment Services
Office of Human Resource Management Services

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

*A District of Columbia,
Maryland and Virginia*

**Washington Metropolitan Area**
**Transit Authority**
600 Fifth Street, NW, Room 7F
Washington, DC 20001

Dear Applicant,

We were glad you came to our recent Career and Education Fair. We're always looking for talented people to help build our organization.

This card is being sent to thank you for your interest, and to confirm that we've received your resume and/or application. Your information has been entered into our database so our Recruiting team can now easily determine how your skills best fit our current hiring needs as were advertised at our Fair.

Don't worry if you don't hear from us right away; we'll keep your resume/application active for up to one year. If there's a match, we'll contact you immediately.

Please check www.metroopensdoors.com or www.careers.wmata.com for updated career opportunities and to learn more about us! Thanks for your interest in employment opportunities at WMATA.

Best regards,

Employment Services
Office of Human Resource Management Services

*Metro Opens Doors of Opportunity*

**WMATA is an Equal Opportunity/Affirmative Action Employer. We promote a drug-free workplace.**

# Join Us As Metro Opens Doors of Opportunity

## Washington Metropolitan Area Transit Authority



Career and Education Fair
Friday, October 7, 2005
10 a.m. to 7 p.m.
FESTIVAL CENTER
1640 COLUMBIA ROAD N.W.
(at Mozart Place)
Washington, D.C.



UNITED STATES POSTAGE
$ 00.390
12 14
0000424338  FEB 06 2006
MAILED FROM ZIP CODE 20001

only took only took six
days to receive.

Washington Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, D.C. 20001



Job FAIR

Jerenia Pierson
1307 Nye St.
Capitol Heights, MD 20743

20743+1244-07 C010



# Metro Career and Education Fair

# Friday, October 7, 2005
# 10 a.m. to 7 p.m.

# Festival Center
# Ward One
# 1640 Columbia Road N.W.
# Washington, DC



# Join Us As Metro
# Opens Doors of Opportunity

## Come for the benefits - Stay for the opportunities

WMATA offers its employees an excellent comprehensive benefits package, career development opportunities, pension plan, educational benefits, state-of-the-art technology and much more. **The bargaining and non-bargaining unit benefits packages differ slightly.** Depending on your employment status, you and your qualified dependents <u>could</u> be eligible for:

- Medical/Dental/Vision Insurance
- Life Insurance
- Disability Coverage
- Deferred Compensation
- Pension
- Sick Leave
- Holidays
- Vacation
- Direct Deposit
- Dependent Care Spending Account
- Employee Assistance Program
- Tuition Reimbursement
- In-house Training Opportunities



REFLECTING OUR DIVERSE COMMUNITY

WMATA is an Equal Opportunity/Affirmative Action Employer. We promote a drug-free workplace.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

## Proceso de solicitud

**REQUISITOS DE CALIFICACIÓN:** Para que se le tome en cuenta para el puesto, debe cumplir con el nivel mínimo de calificaciones. Por lo tanto es muy importante que incluya en su solicitud toda la educación y experiencia que tenga según se describe en las calificaciones mínimas. La información incompleta podría demorar el proceso de evaluación.

**EL CRITERIO PARA LA EVALUACIÓN PODRÍA INCLUIR UNO O MÁS DE LOS PUNTOS SIGUIENTES:**
- Educación, capacitación y experiencia
- Entrevista personal
- Examen médico, el cual puede incluir pruebas de detección de alcohol y drogas
- Historial de desempeño y asistencia
- Revisión de los antecedentes que incluya los historiales delictivo, educativos, laboral y de manejo

## Para presentar la solicitud en línea vaya a: metroopensdoors.com

**Paso 1**
Llenar el formulario de solicitud en línea haciendo clic en el enlace "solicitar ahora" en cualquier puesto de trabajo en Internet. O bien, bajar y llenar la solicitud para todos los puestos anunciados. (Este documento requiere que tenga Adobe Acrobat Reader. Haga clic aquí para obtener información sobre cómo bajar este software gratuito.)

Asegúrese de indicar las fechas específicas de empleo, los títulos de los puestos y una descripción detallada de sus funciones. Indique el título del puesto y el número del anuncio en la solicitud y/o en el currículum.

**Paso 2**
Si presenta información adicional, haga copias de la información que desee conservar. No se devolverán las copias de los materiales presentados.

**Paso 3**
*Envíe por correo o por fax su currículum y solicitud a:*
Washington Metropolitan Area Transit Authority
Office of Human Resource Management Services
600 5th Street, NW, Room 7F
Washington, DC 20001
Fax: 202/962-1180

Hay una caja de depósito ubicada en el recibidor bajo el boletín de oportunidades de trabajo para entregar las solicitudes y/o los currículums.

**Paso 4**
Se enviará aviso de recibo de las solicitudes o los currículums en las siguientes dos semanas. Nos comunicaremos nuevamente con usted si se le selecciona para una entrevista o prueba.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

### Position: Garage Mechanic
### Starting Salary: $45,000

**JOB DESCRIPTION:** Technical vehicle maintenance work involving troubleshooting, disassembly, repair, assembly and/or installation of auto/diesel engines, transmissions, large and small electric/pneumatic/hydraulic components, chassis and vehicle body repairs for the bus and auto fleet.

**MINIMUM QUALIFICATIONS:** High school/GED and satisfactory completion of an acceptable vocational school/training program in auto/diesel maintenance, or satisfactory completion of acceptable 3 or 4 year certified apprenticeship program is required. Must satisfactorily pass all required ASE/WMATA certifications tests. Following can be substituted for 1 year full time work experience: 3 years high school mechanical training; or 2 years technical school mechanical training **or** 4 years college mechanical training. Shorter periods of training require 2 months additional experience for each month short on the training requirement. Knowledge of and satisfactory performance of the duties of a Garage Mechanic or related field for 2 years. **Must have one (1) ASE certification in one (1) field (Medium/Heavy Truck, School Bus, or Auto).** Must have or able to obtain CDL with appropriate endorsement from MD, DC, or VA for passenger bus, air brakes, and tow truck operations.

### Puesto: Mecánico de taller
### Sueldo inicial: $45,000

**DESCRIPCIÓN DEL PUESTO:** Trabajo de mantenimiento mecánico de vehículos que incluye la detección de averías, el desensamblado, la reparación, el ensamblaje y/o la instalación de motores automotrices/diesel, transmisiones, componentes grandes y pequeños eléctricos/neumáticos/hidráulicos, reparaciones de carrocería y chasis de los vehículos para la flotilla de autobuses y automóviles.

**CALIFICACIONES MÍNIMAS:** Se requiere certificado de preparatoria (High school) o el certificado equivalente GED y la terminación satisfactoria de un programa de capacitación/escuela vocacional de mantenimiento de motores automotrices/diesel, o la terminación satisfactoria de un programa de aprendizaje certificado de 3 ó 4 años. Debe pasar satisfactoriamente todas las pruebas de certificación requeridas por ASE/WMATA. Lo siguiente puede sustituirse por 1 año de experiencia de trabajo de tiempo completo: 3 años de capacitación mecánica en la escuela preparatoria; o 2 años de capacitación mecánica en una escuela técnica o 4 años de capacitación mecánica en una universidad. Los periodos más cortos de capacitación requieren de 2 meses adicionales de experiencia por cada mes faltante del requisito de capacitación. El conocimiento y el desempeño satisfactorio las funciones de un mecánico de taller o un campo relacionado durante 2 años. **Debe tener una (1) certificación de ASE en un (1) campo (camiones, autobuses escolares o automóviles medianos o grandes).** Debe tener u obtener una licencia de conducir comercial vigente con la debida aprobación de MD, DC o VA para autobús de pasajeros, operaciones de camiones de remolque y con frenos de aire.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

### Position: Laborer
### Starting Salary: $457.28 Weekly

**JOB DESCRIPTION:** Individuals in this class perform unskilled physical labor tasks and/or assists various skilled personnel within the section to which assigned. Employees may be required to operate compressed air-operated tools or use other simple tools in the performance of duties assigned.

**MINIMUM QUALIFICATIONS:** High School or GED and the ability to operate various general purpose vehicles of the Authority is required. Ability to work from ladders and other height reaching devises, ability to lift and/or move heavy items by use of physical/mechanical stress and the ability to communicate effectively. Experience in or ability to learn operation of air tools, i.e., airguns, air hammer and pavement breakers is required. A valid driver's license with a safe driving record is also required.

### Puesto: Trabajador
### Sueldo inicial: $457.28 semanalmente

**DESCRIPCIÓN DEL PUESTO:** Las personas en esta categoría de trabajo realizan trabajos no especializados de labor física y/o ayudan a personal diverso especializado dentro de la sección donde son asignados. Los empleados podrían tener que operar herramientas neumáticas u otras herramientas sencillas durante el desempeño de las tareas que se les asigne.

**CALIFICACIONES MÍNIMAS:** Se requiere tener certificado de preparatoria (High School) o un certificado equivalente GED y la habilidad para operar varios vehículos de uso general de la autoridad. Debe tener habilidad para trabajar en escaleras y otros dispositivos elevadores, la habilidad para levantar y/o mover artículos pesados usando fuerza física o mecánica y la habilidad para comunicarse con claridad. Se requiere tener experiencia o habilidad para aprender la operación de herramientas neumáticas, por ejemplo, pistolas de aire comprimido, martillos neumáticos y perforadoras de pavimento. También se requiere tener una licencia de conducir válida con un historial de manejo seguro.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

## Position: Bus Operator
## Starting Salary: $10.02 Hourly during (7) week training period
## $14.44 Hourly after training period

**JOB DESCRIPTION:** Responsible for operation of a commercial passenger bus. Provides careful and courteous operation of a transit vehicle. Exercises care in driving and maintaining the vehicle as well as the expeditious and courteous treatment of the public.

Newly hired employees must satisfy a one-year period from the date of hire.

**MINIMUM QUALIFICATIONS:** High School or GED. Must be 21 years of age. Requires a minimum of four (4) years continuous active experience in the operation of a motor vehicle at the time of appointment. Current Commercial Driver's License (CDL) issued by the local jurisdiction of residence or the ability to acquire a CDL Learner's permit prior to employment. Original traffic record must reflect no more than 0 (zero) points, no moving violations or suspensions or revocation of driver's permit within the 24 months preceding application.

## Puesto: Operador de autobús
## Sueldo inicial: $10.02 por hora durante el período de capacitación de (7) semanas
## y $14.44 por hora después de la capacitación

**DESCRIPCIÓN DEL PUESTO:** Es responsable de operar un autobús comercial de pasajeros. Debe operar cuidadosamente el vehículo de transporte y ofrecer un servicio cordial. Tiene cuidado para manejar y mantener el vehículo así como brinda un trato cortés y rápido al público.

Los empleados recién contratados deben cumplir con un año de trabajo a partir de la fecha de contratación.

**CALIFICACIONES MÍNIMAS:** Se requiere certificado de preparatoria (High Sch... ...ado equivalente GED. Debe tener 21 años de edad. Se requiere un mínimo de cuatro (4) años de exp... ...iva continua en la operación de vehículos de motor al momento del nombramiento. Licencia comercial de conducir vigente (CDL) emitida por la jurisdicción local de residencia o la habilidad para obtener un permiso de aprendizaje de licencia comercial de conducir antes de comenzar el empleo. El historial original de transporte no debe tener más de 0 (cero) puntos, no debe tener infracciones en vehículos en movimiento ni suspensiones o revocaciones del permiso para conducir durante los 24 meses anteriores a la solicitud.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
### October 7, 2005
### viernes 7 de octubre de 2005

### Position: Metro Transit Police
### Starting Salary: $38,868 (annual)

**JOB DESCRIPTION:** Protects life, safety and welfare of transit patrons and employees, enforces laws and regulations, investigates crimes committed on or against facilities owned, controlled, or operated by the Authority and protects Authority revenue. Serves as a sworn police officer with full apprehension and arrest powers throughout the Transit Zone. Recruit officers complete a rigorous 38-week basic training program, then 10 weeks of field training.

**MINIMUM QUALIFICATIONS:** High School or GED. Must be age 20 and 9 months. U.S. Citizenship required. No convictions of a felony or serious misdemeanor. Possession of a valid motor vehicle operator's license issued from the jurisdiction of residence. Must be physically fit to perform normal police activities. Applicants must obtain a score of at least 70% on written examination and successfully pass a background investigation and other qualifying tests.

### Puesto: Policía de tránsito del Metro
### Sueldo inicial: $38,868 (anual)

**DESCRIPCIÓN DEL PUESTO:** Protege la vida y el bienestar de los clientes de tránsito y los empleados, aplica las leyes y los reglamentos, investiga los delitos cometidos dentro o contra los centros de la propiedad, los que están controlados u operados por la Autoridad y protege los ingresos de la Autoridad. Ejerce como oficial de policía nombrado con el poder absoluto para aprehender y arrestar dentro de la Zona de Tránsito. Los oficiales reclutados realizan un riguroso programa de 38 semanas de capacitación básica y después 10 semanas de capacitación en el campo.

**CALIFICACIONES MÍNIMAS:** Certificado de preparatoria (High School) o certificado equivalente GED. Debe tener 20 años y 9 meses. Se requiere tener ciudadanía estadounidense. No debe tener condenas por delitos ni fechorías graves. Debe tener una licencia de conducir de vehículos de motor, válida y emitida en la jurisdicción donde viva. Debe estar en buenas condiciones físicas para realizar las actividades normales de un policía. Los solicitantes deben obtener una calificación de por lo menos 70% en los exámenes escritos y pasar con éxito la investigación de sus antecedentes y otras pruebas calificadoras.

# Metro Career and Education Fair

Friday, October 7, 2005
10 a.m. to 7 p.m.

## Festival Center
Ward One
1640 Columbia Road N.W.
Washington, DC



metro REFLECTING OUR DIVERSE COMMUNITY

# Join Us As Metro
# Opens Doors of Opportunity

## Come for the benefits - Stay for the opportunities

WMATA offers its employees an excellent comprehensive benefits package, career development opportunities, pension plan, educational benefits, state-of-the-art technology and much more. **The bargaining and non-bargaining unit benefits packages differ slightly.** Depending on your employment status, you and your qualified dependents <u>could</u> be eligible for:

- Medical/Dental/Vision Insurance
- Life Insurance
- Disability Coverage
- Deferred Compensation
- Pension
- Sick Leave
- Holidays
- Vacation
- Direct Deposit
- Dependent Care Spending Account
- Employee Assistance Program
- Tuition Reimbursement
- In-house Training Opportunities



WMATA is an Equal Opportunity/Affirmative Action Employer. We promote a drug-free workplace.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

### Proceso de solicitud

**REQUISITOS DE CALIFICACIÓN:** Para que se le tome en cuenta para el puesto, debe cumplir con el nivel mínimo de calificaciones. Por lo tanto es muy importante que incluya en su solicitud toda la educación y experiencia que tenga según se describe en las calificaciones mínimas. La información incompleta podría demorar el proceso de evaluación.

**EL CRITERIO PARA LA EVALUACIÓN PODRÍA INCLUIR UNO O MÁS DE LOS PUNTOS SIGUIENTES:**
* Educación, capacitación y experiencia
* Entrevista personal
* Examen médico, el cual puede incluir pruebas de detección de alcohol y drogas
* Historial de desempeño y asistencia
* Revisión de los antecedentes que incluya los historiales delictivo, educativos, laboral y de manejo

## Para presentar la solicitud en línea vaya a: metroopensdoors.com

**Paso 1**
Llenar el formulario de solicitud en línea haciendo clic en el enlace "solicitar ahora" en cualquier puesto de trabajo en Internet. O bien, bajar y llenar la solicitud para todos los puestos anunciados. (Este documento requiere que tenga Adobe Acrobat Reader. Haga clic aquí para obtener información sobre cómo bajar este software gratuito.)

Asegúrese de indicar las fechas específicas de empleo, los títulos de los puestos y una descripción detallada de sus funciones. Indique el título del puesto y el número del anuncio en la solicitud y/o en el currículum.

**Paso 2**
Si presenta información adicional, haga copias de la información que desee conservar. No se devolverán las copias de los materiales presentados.

**Paso 3**
*Envíe por correo o por fax su currículum y solicitud a:*
Washington Metropolitan Area Transit Authority
Office of Human Resource Management Services
600 5th Street, NW, Room 7F
Washington, DC 20001
Fax: 202/962-1180

Hay una caja de depósito ubicada en el recibidor bajo el boletín de oportunidades de trabajo para entregar las solicitudes y/o los currículums.

**Paso 4**
Se enviará aviso de recibo de las solicitudes o los currículums en las siguientes dos semanas. Nos comunicaremos nuevamente con usted si se le selecciona para una entrevista o prueba.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
October 7, 2005
viernes 7 de octubre de 2005

### Position: Garage Mechanic
### Starting Salary: $45,000

**JOB DESCRIPTION:** Technical vehicle maintenance work involving troubleshooting, disassembly, repair, assembly and/or installation of auto/diesel engines, transmissions, large and small electric/pneumatic/hydraulic components, chassis and vehicle body repairs for the bus and auto fleet.

**MINIMUM QUALIFICATIONS:** High school/GED and satisfactory completion of an acceptable vocational school/training program in auto/diesel maintenance, or satisfactory completion of acceptable 3 or 4 year certified apprenticeship program is required. Must satisfactorily pass all required ASE/WMATA certifications tests. Following can be substituted for 1 year full time work experience: 3 years high school mechanical training; or 2 years technical school mechanical training **or** 4 years college mechanical training. Shorter periods of training require 2 months additional experience for each month short on the training requirement. Knowledge of and satisfactory performance of the duties of a Garage Mechanic or related field for 2 years. **Must have one (1) ASE certification in one (1) field (Medium/Heavy Truck, School Bus, or Auto).** Must have or able to obtain CDL with appropriate endorsement from MD, DC, or VA for passenger bus, air brakes, and tow truck operations.

---

### Puesto: Mecánico de taller
### Sueldo inicial: $45,000

**DESCRIPCIÓN DEL PUESTO:** Trabajo de mantenimiento mecánico de vehículos que incluye la detección de averías, el desensamblado, la reparación, el ensamblaje y/o la instalación de motores automotrices/diesel, transmisiones, componentes grandes y pequeños eléctricos/neumáticos/hidráulicos, reparaciones de carrocería y chasis de los vehículos para la flotilla de autobuses y automóviles.

**CALIFICACIONES MÍNIMAS:** Se requiere certificado de preparatoria (High school) o el certificado equivalente GED y la terminación satisfactoria de un programa de capacitación/escuela vocacional de mantenimiento de motores automotrices/diesel, o la terminación satisfactoria de un programa de aprendizaje certificado de 3 ó 4 años. Debe pasar satisfactoriamente todas las pruebas de certificación requeridas por ASE/WMATA. Lo siguiente puede sustituirse por 1 año de experiencia de trabajo de tiempo completo: 3 años de capacitación mecánica en la escuela preparatoria; o 2 años de capacitación mecánica en una escuela técnica o 4 años de capacitación mecánica en una universidad. Los periodos más cortos de capacitación requieren de 2 meses adicionales de experiencia por cada mes faltante del requisito de capacitación. El conocimiento y el desempeño satisfactorio las funciones de un mecánico de taller o un campo relacionado durante 2 años. **Debe tener una (1) certificación de ASE en un (1) campo (camiones, autobuses escolares o automóviles medianos o grandes).** Debe tener u obtener una licencia de conducir comercial vigente con la debida aprobación de MD, DC o VA para autobús de pasajeros, operaciones de camiones de remolque y con frenos de aire.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
### October 7, 2005
### viernes 7 de octubre de 2005

### Position: Laborer
### Starting Salary: $457.28 Weekly

**JOB DESCRIPTION:** Individuals in this class perform unskilled physical labor tasks and/or assists various skilled personnel within the section to which assigned. Employees may be required to operate compressed air-operated tools or use other simple tools in the performance of duties assigned.

**MINIMUM QUALIFICATIONS:** High School or GED and the ability to operate various general purpose vehicles of the Authority is required. Ability to work from ladders and other height reaching devises, ability to lift and/or move heavy items by use of physical/mechanical stress and the ability to communicate effectively. Experience in or ability to learn operation of air tools, i.e., airguns, air hammer and pavement breakers is required. A valid driver's license with a safe driving record is also required.

---

### Puesto: Trabajador
### Sueldo inicial: $457.28 semanalmente

**DESCRIPCIÓN DEL PUESTO:** Las personas en esta categoría de trabajo realizan trabajos no especializados de labor física y/o ayudan a personal diverso especializado dentro de la sección donde son asignados. Los empleados podrían tener que operar herramientas neumáticas u otras herramientas sencillas durante el desempeño de las tareas que se les asigne.

**CALIFICACIONES MÍNIMAS:** Se requiere tener certificado de preparatoria (High School) o un certificado equivalente GED y la habilidad para operar varios vehículos de uso general de la autoridad. Debe tener habilidad para trabajar en escaleras y otros dispositivos elevadores, la habilidad para levantar y/o mover artículos pesados usando fuerza física o mecánica y la habilidad para comunicarse con claridad. Se requiere tener experiencia o habilidad para aprender la operación de herramientas neumáticas, por ejemplo, pistolas de aire comprimido, martillos neumáticos y perforadoras de pavimento. También se requiere tener una licencia de conducir válida con un historial de manejo seguro.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

## Metro Career and Education Fair
## Feria de Educacion y Trabajo de Metro
### October 7, 2005
### viernes 7 de octubre de 2005

### Position: Bus Operator
### Starting Salary: $10.02 Hourly during (7) week training period
### $14.44 Hourly after training period

**JOB DESCRIPTION:** Responsible for operation of a commercial passenger bus. Provides careful and courteous operation of a transit vehicle. Exercises care in driving and maintaining the vehicle as well as the expeditious and courteous treatment of the public.

Newly hired employees must satisfy a one-year period from the date of hire.

**MINIMUM QUALIFICATIONS:** High School or GED. Must be 21 years of age. Requires a minimum of four (4) years continuous active experience in the operation of a motor vehicle at the time of appointment. Current Commercial Driver's License (CDL) issued by the local jurisdiction of residence or the ability to acquire a CDL Learner's permit prior to employment. Original traffic record must reflect no more than 0 (zero) points, no moving violations or suspensions or revocation of driver's permit within the 24 months preceding application.

---

### Puesto: Operador de autobús
### Sueldo inicial: $10.02 por hora durante el período de capacitación de (7) semanas
### y $14.44 por hora después de la capacitación

**DESCRIPCIÓN DEL PUESTO:** Es responsable de operar un autobús comercial de pasajeros. Debe operar cuidadosamente el vehículo de transporte y ofrecer un servicio cordial. Tiene cuidado para manejar y mantener el vehículo así como brinda un trato cortés y rápido al público.

Los empleados recién contratados deben cumplir con un año de trabajo a partir de la fecha de contratación.

**CALIFICACIONES MÍNIMAS:** Se requiere certificado de preparatoria (High School) o un certificado equivalente GED. Debe tener 21 años de edad. Se requiere un mínimo de cuatro (4) años de experiencia activa continua en la operación de vehículos de motor al momento del nombramiento. Licencia comercial de conducir vigente (CDL) emitida por la jurisdicción local de residencia o la habilidad para obtener un permiso de aprendiz de licencia comercial de conducir antes de comenzar el empleo. El historial original de transporte no debe tener más de 0 (cero) puntos, no debe tener infracciones en vehículos en movimiento ni suspensiones o revocaciones del permiso para conducir durante los 24 meses anteriores a la solicitud.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
AUTORIDAD DE TRÁNSITO DEL ÁREA METROPOLITANA DE WASHINGTON

# Metro Career and Education Fair
# Feria de Educacion y Trabajo de Metro
### October 7, 2005
### viernes 7 de octubre de 2005

## Position: Metro Transit Police
## Starting Salary: $38,868 (annual)

**JOB DESCRIPTION:** Protects life, safety and welfare of transit patrons and employees, enforces laws and regulations, investigates crimes committed on or against facilities owned, controlled, or operated by the Authority and protects Authority revenue. Serves as a sworn police officer with full apprehension and arrest powers throughout the Transit Zone. Recruit officers complete a rigorous 38-week basic training program, then 10 weeks of field training.

**MINIMUM QUALIFICATIONS:** High School or GED. Must be age 20 and 9 months. U.S. Citizenship required. No convictions of a felony or serious misdemeanor. Possession of a valid motor vehicle operator's license issued from the jurisdiction of residence. Must be physically fit to perform normal police activities. Applicants must obtain a score of at least 70% on written examination and successfully pass a background investigation and other qualifying tests.

## Puesto: Policía de tránsito del Metro
## Sueldo inicial: $38,868 (anual)

**DESCRIPCIÓN DEL PUESTO:** Protege la vida y el bienestar de los clientes de tránsito y los empleados, aplica las leyes y los reglamentos, investiga los delitos cometidos dentro o contra los centros de la propiedad, los que están controlados u operados por la Autoridad y protege los ingresos de la Autoridad. Ejerce como oficial de policía nombrado con el poder absoluto para aprehender y arrestar dentro de la Zona de Tránsito. Los oficiales reclutados realizan un riguroso programa de 38 semanas de capacitación básica y después 10 semanas de capacitación en el campo.

**CALIFICACIONES MÍNIMAS:** Certificado de preparatoria (High School) o certificado equivalente GED. Debe tener 20 años y 9 meses. Se requiere tener ciudadanía estadounidense. No debe tener condenas por delitos ni fechorías graves. Debe tener una licencia de conducir de vehículos de motor, válida y emitida en la jurisdicción donde viva. Debe estar en buenas condiciones físicas para realizar las actividades normales de un policía. Los solicitantes deben obtener una calificación de por lo menos 70% en los exámenes escritos y pasar con éxito la investigación de sus antecedentes y otras pruebas calificadoras.



# PROMOTION/TRANSFER OPPORTUNITY
# WMATA EMPLOYEES ONLY

Application are now being accepted in the Office of Human Resource Management and Planning for the position listed below. Please submit you application to the Office of Human Resouce Management and Planning, 600 5th Street, NW, Room 7F, Washington, DC 20001 or fax to 202−962−1180.

**APPLICATIONS MUST BE DELIVERED TO THE OFFICE OF HUMAN RESOURCE MANAGEMENT AND PLANNING NO LATER THAN 5:00 PM ON THE CLOSING DATE OF THE POSITION**

| | |
|---|---|
| **POSITION/JOB CLASS:** | REVENUE TECHNICIAN I/3610 (5 POSITIONS) |
| **FLSA:** | NON − EXEMPT |
| **DEPARTMENT/OFFICE:** | CFO/TRES |
| **UNION/GRADE:** | L689 |
| **SALARY:** | $518.74 − $648.42 |
| **LOCATION:** | Alexandria Yard |
| **SHIFT:** | VARIOUS |
| **DAYS OFF:** | VARIOUS |
| **POSTING NUMBER:** | 05−0450−SR |
| **OPENING/CLOSING DATE:** | May 23 − June 3, 2005 |

**JOB DESCRIPTION:** This is administrative and clerical work of a routine nature. Employee in this class is responsible for receiving and invoicing fare media orders, operating high speed encoding machine and fare card reader which encodes all type of fare media and the delivery of fare media and other materials to Metro (WMATA) and outside selling outlets and the accountability of funds collected from the agency outlets; has limited latitude for independent judgement and action; and is supervised by the Supervisor, Fare Distribution and Sales.

**QUALIFICATION REQUIREMENTS:** To be considered for the position, you must meet minimum qualifications. It is, therefore, very important for you to include on your application any education/experience you have had that is described in the minimum qualifications. Incomplete information may delay the assessment process.

**MINIMUM QUALIFICATIONS:** Graduation from high school or possession of a high sch ol equivalency certificate. Some experience in general office/clerical work, accounting, sales delivery work or related fields. An    lent combination of education and experience will be acceptable.

**EVALUATION CRITERIA MAY INCLUDE ONE OR MORE OF THE FOLLOWING:**

1) Education, training and experience

2) Personal Interview

3) Medical examination which may include alcohol and drug testing

4) Performance and attendance record

*run Cards on going delivery   math test*

# Washington Metropolitan Area Transit Authority

## ━━ MEMORANDUM ━━

**SUBJECT:** Application for Position

Posting Date _5/23 - 6/3/05_

Posting Number _1/3610_

_05-0450-SR_

**FROM:** _Jeremia Pierson_
(Please Print)

**HOME ADDRESS:** _1307 Nye Street_

_Capital Heights MD_  Zip _20743_

**TO:** HRMP

Please consider me for the position of (use the announcement) _Revenue Technician 1/3610_

_____ in the Office of _____

located at _Alexandria Yard_ _____  This is a TA/TS grade _L689_

Union _____ Preferred Shift (if applicable) _Mon - Fri_ _____

**THIS APPLICATION MAY BE THE ONLY DOCUMENT(S) USED TO EVALUATE YOUR QUALIFICATIONS, THEREFORE IT IS IMPORTANT THAT YOU PROVIDE ALL ESSENTIAL INFORMATION. (A CURRENT RESUME IS PREFERRED BUT NOT REQUIRED).**

My specific qualifications for this position are: (You may attach additional pertinent information)

_Currently working in Clerical status disbursing of metro employee's payroll. See attach Application._

_Sign off on transaction that are brought in by revenue techicions as well as receiving e'mail to process and print checks that are brought over from RCF/Alex location_

━━━━━━━━ PERSONAL DATA ━━━━━━━━

**I.D. Number** _006620_   **S.S. Number** _578-94-__   ☐ Time ☑ Part Time ☐

**Current Phone:** Office (_202_) _962-1152_   Home (301) _322-____

**Current Position/Grade** _____   **Shift** _Day shift_

**Non-Rep.** ☑ **Union:** ☑ Local 2   ☐ 689   ☐ 246   ☐ 922   **Date of Employment** _5/28/05_

**H.S Grade Completed** _12_   **College Degree:** ☐ BA   ☐ MA   ☐ Ph.D   Major: _____

**License(s) Held** _____   ☐ Other _____



# Washington Metropolitan Area Transit Authority
## Office of Human Resource Management and Planning
### 600 Fifth Street, NW, Washington, DC 20001
### www.metroopensdoors.com
## EMPLOYMENT APPLICATION

The Washington Metropolitan Area Transit Authority (WMATA) will affirmatively recruit and hire applicants on the basis of their abilities, achievements and experience without regard to race, color, religion, national origin, sex, age, disability or any other factor unrelated to the individual merit or qualifications.

Position Applying for: _____  Position No.: 05-0456-58  □ Part-time  ☒ Full time

Name  Jerenia    Pierson            Social Security No. 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
      First   Middle   Last    Maiden

Address  1307 Nye Street           Home Phone (301) 322-4636
         Number and Street
      Capital Heights  MD  20743    Office Phone (262) 962-1152
         City, State and Zip Code

Are you age 18 years or over?  (If hired, you may be required to submit proof of age)    ☒ YES    □ NO

Special Qualifications (include current technical professional licenses and numbers, academic or professional awards)  _____

| EDUCATION | | | | | |
|---|---|---|---|---|---|
| Level | Name of School City and State Where Located | Number of Years Attended | Did You Graduate? | List Diploma, Degree or Certificates | Major Field |
| GED/High School | Bladensburg Senior High 5610 Tilden Road Bladensburg MD 20710 | 3 | ☒ Yes □ No | Diploma | Business Mgmt |
| College | | | □ Yes □ No | | |
| Trade Vocational or Technical | | | □ Yes □ No | | |
| Post Graduate Other | | | □ Yes □ No | | |

Have you served in U.S. Armed Forces?  □ YES    □ NO    From _____  To _____  Branch _____
Type of Work _____
Training _____

## Previous Employers

List all of the jobs, including part-time jobs, during the past 10 years. Start with your present or last job. You may include voluntary work experiences.

**MAY WE CONTACT YOUR CURRENT EMPLOYER FOR A REFERENCE?**  ☑ YES  ☐ NO

Name of Employer: WMATA    Date From: 3/28/05    To: present

Address: 600 Fifth Street, N.W Washington, D.C. 20001
Number & Street / City / State / Zip Code

Position Held: Administrative Aide    Salary: Start $28,349    End: _____

Describe the responsibilities of your position: Payroll disbursement; salary pay advance, hourly travel, tution reimbursement, vacation, retirement, garnishment and acct. payable

Name of Immediate Manager or Supervisor: Mr. Ed Burnette    Telephone No.: (202) 962-1152

Reason(s) for Leaving: NONE

---

Name of Employer: CTI Temp    Date From: 1/6/05    To: 3/28/05

Address: 9500 Arena Drive, Largo MD 20774
Number & Street / City / State / Zip Code

Position Held: Disbursing Clerk    Salary: Start $9.50    End: _____

Describe the responsibilities of your position: business correspondance; filing and copying, answering phone, sign off various transactions, use of MS Word and MS Excel

Name of Immediate Manager or Supervisor: Mr. Ed Burnette    Telephone No.: (202) 962-1152

Reason(s) for Leaving: Mr. Hired by WMATA Agency.

---

Name of Employer: MVM Security    Date From: 3/03    To: 6/04

Address: 1593 Springhill Road, Vienna VA    22182
Number & Street / City / State / Zip Code

Position Held: Security Guard    Salary: Start $12.53    End: $12.53

Describe the responsibilities of your position: To secure building on NIH campus Check identification of employees, patients and visitors for entry into building

Name of Immediate Manager or Supervisor: Mr. Chase    Telephone No.: (703) 790-3138

Reason(s) for Leaving: _____

---

### PERSONAL INFORMATION (please check the appropriate answer)

1. Have you ever been discharged (fired) or requested to resign from a former position? (if yes, please explain)  No

2. Have you ever been an applicant or employee of the Washington Metropolitan Area Transit Authority? (if answer is yes, please give name(s) at time of employment date(s) and position title(s))
   Name: Jurenia Pierson    Dates of Employment: 3/28/05    Position Title: Adm. Aide

3. Do you have relatives working for the Washington Metropolitan Area Transit Authority (name(s), relationship(s), and position title(s) on Page 3.  NO

4. Have you ever been convicted of any offense other than a minor traffic violation? If yes, please explain (a conviction does not automatically disqualify you from employment. Criminal convictions are not an absolute bar to employment, but will be considered with respect to the specific requirements of the job for which you are applying.  NO

5. _____ salary you will accept?  Open

6. Indicate source by which you learned of this career:  internal posting at headquarters

DRIVING INFORMATION (Complete only if position involves operating a motor vehicle as a job requirement.)

| | | | | |
|---|---|---|---|---|
| Commercial Driver's License | Yes ✓ | No _____ | Are you age 21 years or over Yes _____ | No _____ |
| Original Issue Date _____ | | | | |

PROFESSIONAL REFERENCES (Other than those listed as current or former employer)

| Name | Address | Phone Number | Occupation |
|---|---|---|---|
| 1. Mrs. Claudette Hardy | Building 10 2C624 Bethesda, MD 2089 | (H) (301) 402-4321 (W) (301) 213-7538 | physician |
| 2. Mrs. Janis Daye | 0 1001 Columbia Ave Landover MD | (H) (W) (301) 627-2508 | mail clerk |
| 3. Mrs. Ana Aza | Dept of Justice | (W) (301) 305-5277 | operational mgr. |
| Mrs. Arlene Arrogton | 603 Mace Drive Fort Washington MD | (240) 441-8568 | clerk |

ADDITIONAL INFORMATION

Space for detailed answers to other questions or personal references.

(If more space is required, please attach an additonal sheet of paper utilizing the same format.)

3/89 - 4/02   United States Postal Service          (301) 499-7305
        9201 Edgeworth Drive Capital Heights MD 20791
Sort incoming and outgoing mail by operation of keyboard
(supervisor) Ms. Kadeia Taylor                 $41,059 Annual

Sign off on transaction that are brought in by revenue techicians as
well receiving e'mail to process and print cheaks that are brought
over from RCF/Alex location

Page 3

(PLEASE LEAVE THIS SPACE BL⋯



July 25, 2005

Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

This letter acknowledges receipt of your application/resume.   Thank you for applying for the position of Revenue Control Technician.

Your application/resume is being reviewed and will be given full consideration.  If you are selected for further consideration, a WMATA representative will contact you.  Otherwise, this will be the only correspondence you will receive concerning your application to this position.

Again, thank you for your interest in employment with WMATA.


Sincerely,

*Sandy Reed*

Cassandra G. Reed
Personnel Generalist

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202-962-1234

By Metrorail
Judiciary Square – Red Line
Gallery Place-Chinatown –
Red, Green and
Yellow Lines
By Metrobus
70, 71, 81, P12, D4,
D6, 13, 80, 42

A Tri-jurisdictional Transit
Authority serving the
District of Columbia,
the Maryland Counties

 **Washington Metropolitan Area Transit Authority**

Search

Home
Maps & stations
Schedules & fares
Alerts & advisories
Accessibility
How to travel
**About Metro**
 • Board of Directors
 • Metro at a glance
 • News
 • Events
 • Renewal & expansion
 • Community involvement
 • **Jobs**
 • Business opportunities
 • Employer fare programs
 • Metro gifts
 • Contact us

About    Jobs

## Revenue control technician

| Position: | Revenue control technician |
|---|---|
| Salary range: | $29,134-$42,732 |
| Posting number: | 05-0561-SR |
| FLSA: | Non-Exempt |
| Opening date: | June 16, 2005 |
| Closing date: | June 23, 2005 |

**Apply Now**

What's ne
Metroche
How do I s
on commi

**JOB DESCRIPTION:** This is technical, financial/accounting work involved in the revenue operations/control functions. Employee in this class is responsible for providing revenue accounting and revenue activity reporting for the Revenue Operation Branch of Treasury. Responsibilities include reviewing, analyzing and editing revenue information from a variety of sources to provide daily reports of cash collected from the rail and bus systems and to reconcile that information against recorded register readings. Analyzes Revenue Imprest fund activity, AFCS farecard and bus registering farebox actions. This position is supervised by the Supervisor of Information Systems in the Office of the Treasurer.

**QUALIFICATION REQUIREMENTS:** To be considered for the position      meet minimum qualifications. It is, therefore, very important for you to includ application any education/experience you have had that is described :            n qualifications. Incor·   ate information may delay the assessment proce ..

**MINIMUM QUALIFICATIONS:** Graduation from high school or possession of a high school equivalency certificate, supplemented with college level course work in Accounting or a related field. Respon  le auditing    ventory control and             and output control experience is required.

EVALUATION CRITERIA MAY INCLUDE ONE OR M..                         .....

1.   Education, training and experience
2.   Personal interview
3.   Medical examination which may include alcohol and drug testing
4.   Per....          nd attendance record
5.   Background           include criminal, education, work and driver's record

The Washington Metropo      ....
employer, and encourages applications .                    vith
disabilities.

© 1998-2004 Washington Metropolitan Area Transit Authority



# Washington Metropolitan Area Transit Authority
## ═══ MEMORANDUM ═══

**SUBJECT:** Application for Position

**Posting Date** 6/16/05

**Posting Number** 05·054·SR

**FROM:** Jeremia Pierson
*(Please Print)*

**HOME ADDRESS:** 1307 Ape Street
Capital Heights MD Zip 20743

**TO:** HRMP

Please consider me for the position of (use the announcement) Revenue Control Collection technician

in the Office of _____

located at _____ This is a TA/TS grade _____

Union _____ Preferred Shift (if applicable) _____

**THIS APPLICATION MAY BE THE ONLY DOCUMENT(S) USED TO EVALUATE YOUR QUALIFICATIONS, THEREFORE IT IS IMPORTANT THAT YOU PROVIDE ALL ESSENTIAL INFORMATION. (A CURRENT RESUME IS PREFERRED BUT NOT REQUIRED).**

My specific qualifications for this position are: (You may attach additional pertinent information).

Currently working in clerical status, disbursing of metro employees payroll. See attach application

Attn. Mary Jacks

══════ PERSONAL DATA ══════

**I.D. Number** 006620   **S.S. Number** 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   Full Time ☒ Part Time ☐

**Current Phone:** Office (202) 962-7152   Home (301) 322-46 2

**Current Position/Grade** _____   **Shift** Day

**Non-Rep.** ☒ **Union:** ☐ Local 2  ☐ 689  ☐ 246  ☐ 922   Date of Employment _____

**H.S Grade Completed** 12   **College Degree:** ☐ BA ☐ MA ☐ Ph.D   Major _____

**License(s) Held** Mass C   **Other** _____   2005

**Signature** _____

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



# Washington Metropolitan Area Transit Authority

### MEMORANDUM

**SUBJECT:** Application for Position

Posting Date _5/23 - 6/3/05_

**FROM:** Jerenia Pierson

(Please Print)

Posting Number _#3610_
_05-0450-SR_

**HOME ADDRESS:** 1307 Nye Street

Capital Heights MD    Zip _20743_

**TO:**    **HRMP**

Please consider me for the position of (use the announcement) _Revenue Technician 1/3610_

in the Office of _____

located at _Alexandria Yard_    This is a TA/TS grade _L 689_

Union    Preferred Shift (if applicable) _Mon - Fri_

**THIS APPLICATION MAY BE THE ONLY DOCUMENT(S) USED TO EVALUATE YOUR QUALIFICATIONS, THEREFORE IT IS IMPORTANT THAT YOU PROVIDE ALL ESSENTIAL INFORMATION. (A CURRENT RESUME IS PREFERRED BUT NOT REQUIRED).**

My specific qualifications for this position are: (You may attach additional pertinent information).

Currently working in clerical status disbursing of metro employee's payroll. See attach application.

Sign off on transaction that are brought in by revenue techicions as well as receiving e'mail to process and print checks that are brought over from RCF/Alex location

-------------------- **PERSONAL DATA** --------------------

I.D. Number _006620_    S.S. Number _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_    Full Time ☒ Part Time ☐

Current Phone: Office (202) _962-1152_    Home (301) _322-4636_

Current Position/Grade _____    Shift _Day shift_

**Non-Rep.** ☒ **Union:** ☒ Local 2 ☐ 689 ☐ 246 ☐ 922    Date of Employment _3/28/05_

H.S Grade Completed _12_    College Degree: ☐ BA ☐ MA ☐ Ph D    Major: _____

License(s) Held _____



# Washington Metropolitan Area Transit Authority.
## Office of Human Resource Management and Planning
600 Fifth Street, NW, Washington, DC 20001
www.metroopensdoors.com
### EMPLOYMENT APPLICATION

The Washington Metropolitan Area Transit Authority (WMATA) will affirmatively recruit and hire applicants on the basis of their abilities, achievements and experience without regard to race, color, religion, national origin, sex, age, disability or any other factor unrelated to the individual merit or qualifications.

Position Applying for: **Revenue Control, technician**    Position No. **05-0561-SR**    ☐ Part-time  ✗ Full time

Name **Jerenia          Pierson**    Social Security No. **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**
First    Middle    Last    Maiden

Address **1307 Nye Street**    Home Phone ( **301** ) **322-4636**
Number and Street

**Capital Heights MD 20746**    Office Phone ( **202** ) **962-1152**
City, State and Zip Code

Are you age 18 years or over? (If hired, you may be required to submit proof of age)    ☐ YES    ☐ NO

Special Qualifications (include current technical professional licenses and numbers, academic or professional awards) _____

| EDUCATION | | | | | |
|---|---|---|---|---|---|
| Level | Name of School City and State Where Located | Number of Years Attended | Did You Graduate? | List Diploma, Degree or Certificates | Major Field |
| GED/High School | Bladensburg Senior High 5610 Tilden Road Bladensburg MD 20710 | 3 yes | ✗ Yes ☐ No | Diploma | Business mgnt |
| College | | | ☐ Yes ☐ No | | |
| Trade Vocational or Technical | | | ☐ Yes ☐ No | | |
| Post Graduate Other | | | ☐ Yes ☐ No | | |

Have you served in U.S. Armed Forces?  ☐ YES    ☐ NO    From_____ To_____ Branch_____

Type of Work_____

Training_____



July 18, 2005

Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

This letter acknowledges receipt of your application/resume.   Thank you for applying for ▮▮▮▮▮▮▮▮▮▮▮

Your application/resume is being reviewed and will be given full consideration.  If you are selected for further consideration, a WMATA representative will contact you.  Otherwise, this will be the only correspondence you will receive concerning your application to this position.

Again, thank you for your interest in employment with WMATA.

Sincerely,

Tracy W. Scott
Recruiter

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2



A District of Columbia,
Maryland and Virginia
Transit Partnership



# PROMOTION/TRANSFER OPPORTUNITY
# WMATA EMPLOYEES ONLY

(Revised on 06/15/2005)

Application are now being accepted in the Office of Human Resource Management and Planning for the position listed below. Please submit you application to the Office of Human Resouce Management and Planning, 600 5ᵗʰStreet, NW, Room 7F, Washington, DC 20001 or fax to 202−962−1180.

## APPLICATIONS MUST BE DELIVERED TO THE OFFICE OF HUMAN RESOURCE MANAGEMENT AND PLANNING NO LATER THAN 5:00 PM ON THE CLOSING DATE OF THE POSITION

| | |
|---|---|
| **POSITION/JOB CLASS:** | JANITOR/5411 |
| **FLSA:** | NON − EXEMPT |
| **DEPARTMENT/OFFICE:** | OPER/PLNT |
| **UNION/GRADE:** | L689 |
| **SALARY:** | $450.52 WEEKLY |
| **LOCATION:** | VARIOUS |
| **SHIFT:** | VARIOUS |
| **DAYS OFF:** | VARIOUS |
| **POSTING NUMBER:** | 05−0541−TS |
| **OPENING/CLOSING DATE:** | June 16 − June 29, 2005 |

**JOB DESCRIPTION:** This is general housekeeping and related custodial work. Employee in this class performs various custodial duties within assigned areas.

**QUALIFICATION REQUIREMENTS:** To be considered for the position, you must meet minimum qualifications. It is, therefore, very important for you to include on your application any education/experience you have had that is described in the minimum qualifications. Incomplete information may delay the assessment process.

**MINIMUM QUALIFICATIONS:** H.S Diploma or G.E.D with previous janitorial experience. Possession of valid Driver's License.

**EVALUATION CRITERIA MAY INCLUDE ONE OR MORE OF THE FOLLOWING:**

1) Education, training and experience
2) Personal Interview
3) Medical examination which may include alcohol and drug testing
4) Performance and attendance record

**The order of preference for selection for L689 Maintenance and Construction positions will be made on the basis of fitness and ability with preference given to: Maintenance and Construction seniority district, System−Wide (L689), Authority−Wide and external candidates, respectively.**

# Washington Metropolitan Area Transit Authority

## ═══ MEMORANDUM ═══

**SUBJECT:** Application for Position

**FROM:** *Jerenia Pierson*
(Please Print)

**HOME ADDRESS:** *1307 Nye Street*
*Capitol Heights MD Zip 20743*

**TO:** HRMP

Posting Date *05-0541-TS*

Posting Number *June 16 - Ju*

Please consider me for the position of (use the announcement) *Janitor*

_____ in the Office of _____

located at _____ This is a TA/TS grade _____

Union _____ Preferred Shift (if applicable) _____

**THIS APPLICATION MAY BE THE ONLY DOCUMENT(S) USED TO EVALUATE YOUR QUALIFICATIONS. THEREFORE IT IS IMPORTANT THAT YOU PROVIDE ALL ESSENTIAL INFORMATION. (A CURRENT RESUME IS PREFERRED BUT NOT REQUIRED).**

My specific qualifications for this position are: (You may attach additional pertinent information).

*Currently working in clerical status, disbursing of metro employee's payroll, See attached application. In my past work experience did custodial work at Washington Post Pre*

--------------------------------- **PERSONAL DATA** ---------------------------------

I.D. Number *006620*    S.S. Number *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*    Full Time ☒ Part Time ☐

Current Phone: Office *(202) 962-1152*    Home *(301) 322-4636*

Current Position/Grade _____    Shift *Day*

**Non-Rep.** ☒ **Union:** ☐ Local 2 ☐ 689 ☐ 246 ☐ 922   Date of Employment _____

H.S Grade Completed *12*    College Degree: ☐ BA ☐ MA ☐ Ph.D   Major: _____

License(s) Held *Class C*    Other _____

Signature *Jerenia Pierson*    Date *June 20, 2005*

0-102 (REV 8/89)

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



# Washington Metropolitan Area Transit Authority
Office of Human Resource Management and Planning
600 Fifth Street, NW, Washington, DC 20001
www.metroopensdoors.com
**EMPLOYMENT APPLICATION**

The Washington Metropolitan Area Transit Authority (WMATA) will affirmatively recruit and hire applicants on the basis of their abilities, achievements and experience without regard to race, color, religion, national origin, sex, age, disability or any other factor unrelated to the individual merit or qualifications.

Position Applying for: _Janitor_   Position No.: _05-054_  ☐ Part-time ☒ Full time

Name _Jeremia_   _Pierson_   Social Security No. _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_
      First   Middle   Last   Maiden

Address _1307 Nye Street_   Home Phone _(301) 322-4636_
        Number and Street

_Capital Heights MD 20746_   Office Phone _(202) 962-1152_
City, State and Zip Code

Are you age 18 years or over? (If hired, you may be required to submit proof of age)   ☐ YES   ☐ NO

Special Qualifications (include current technical professional licenses and numbers, academic or professional awards) _____

| | | EDUCATION | | | |
|---|---|---|---|---|---|
| Level | Name of School City and State Where Located | Number of Years Attended | Did You Graduate? | List Diploma, Degree or Certificates | Major Field |
| GED/High School | _Bladensburg Senior High 5610 Tilden Road Bladensburg MD 20710_ | _3 yes_ | ☒ Yes ☐ No | _Diploma_ | _Business mgmt_ |
| College | | | ☐ Yes ☐ No | | |
| Trade Vocational or Technical | | | ☐ Yes ☐ No | | |
| Post Graduate Other | | | ☐ Yes ☐ No | | |

Have you served in U.S. Armed Forces? ☐ YES   ☐ NO   From_____ To_____ Branch_____

Type of Work_____

Training_____

Previous Employers

List all of the jobs, including part-time jobs, during the past 10 years. Start with your present or last job. You may include voluntary work experiences.

MAY WE CONTACT YOUR CURRENT EMPLOYER FOR A REFERENCE?     X YES     ☐ NO

Name of Employer: WMATA     Date From 3/28/05     To present

Address: 600 Fifth Street N.W. Washington D.C. 2000
Number & Street     City     State     Zip Code

Position Held: Administrative Aide     Salary: Start $28,349     End

Describe the responsibilities of your position: payroll disbursement: salary pay advance - hourly. Input data into computer to print out garnishment, accounts payable and retirement, etc.

Name of Immediate Manager or Supervisor: Mr. Edward Burnette     Telephone No.: (202) 962-1156

Reason(s) for Leaving: NONE

Name of Employer: Computers Temp Inc./Comp     Date From 1/6/05     To 3/28/05

Address: 9500 Arena Drive, Largo MD     20774
Number & Street     City     State     Zip Code

Position Held: Disbursing Clerk     Salary: Start $9.50 hourly     End $9.50 hourly

Describe the responsibilities of your position: Business correspondence, filing and copying, answering phone, sign off various transaction use of MS word and MS Excel

Name of Immediate Manager or Supervisor: Mr. Edward Burnette     Telephone No.: (202) 962-1156

Reason(s) for Leaving: Hired on by WMATA Agency.

Name of Employer: MVM Security     Date From 3/03     To 6/04

Address: 1593 Springhill Road, Vienna VA     22182
Number & Street     City     State     Zip Code

Position Held: Security Guard     Salary: Start $12.53     End $12.53

Describe the responsibilities of your position: To secure building on NIH campus. Check identification of employees, patients and visitors for entry into building

Name of Immediate Manager or Supervisor: Mr Chase / Ms. Johnson     Telephone No.: (703) 790-3138

Reason(s) for Leaving:

PERSONAL INFORMATION (please check the appropriate answer)

1. Have you ever been discharged (fired) or requested to resign from a former position? (If yes, please explain): NO

2. Have you ever been an applicant or employee of the Washington Metropolitan Area Transit Authority? (If answer is yes, please give name(s) at time of employment date(s) and position title(s):
Name: Jeremia Person     Dates of Employment: 3/28/05     Position Title: Adm. Aide

3. Do you have relatives working for the Washington Metropolitan Area Transit Authority? (If answer is yes, please give name(s), relationship(s), and position titles(s) on Page 3. NO

4. Have you ever been convicted of any offense other than a traffic violation? If yes, please explain (a conviction does not automatically disqualify you from employment. Criminal convictions are not an absolute bar to employment, but will be considered with respect to the specific requirements of the job for which you are applying. NO

5. What is minimum annual salary you will accept? Open

6. Indicate source from which you learned of this position: internal posting at headquarters

| | Name | Address | Phone Number | Occupation |
|---|---|---|---|---|
| 1. | Mrs. Claudette Hardy | Building 10 2C624 Bethesda MD 20894 | (H) (301) 402-4321 (W) | physician |
| 2. | Mrs. Janis Daye | 1501 Columbia Ave Landover MD 20785 | (H) (301) 213-7538 (W) | mail clerk |
| 3. | Ms. Ana Azia | Dept of Justice | (H) (301) 627-2508 (W) (202) 305-5277 | operational mng. |

**Commercial Driver's License** Yes X  No ____ Are you age 21 years or over Yes ____ No ____
Original Issue Date ____

PROFESSIONAL REFERENCES (Other than those listed as current or former employer)

ADDITIONAL INFORMATION

Space for detailed answers to other questions or personal references.

(If more space is required, please attach an additional sheet of paper utilizing the same format.)

3/89 - 4/02  United States Postal Service
9201 Edgeworth Drive, Capital Heights MD 20791
Sorting incoming and outgoing mail by operation of Keyboard.
Receive certificate for Ms. Excel. Work special printing machine to disburse payroll. Interact with employees inside the headquarters as well as field employee's.
Worked as a building service personnel for cleaning of offices in my past work experience

Page 3

(PLEASE LEAVE THIS SPACE BLANK)



# Washington Metropolitan Area Transit Authority
## Office of Human Resource Management and Planning
### 600 Fifth Street, NW, Washington, DC 20001
### www.metroopensdoors.com
## EMPLOYMENT APPLICATION

The Washington Metropolitan Area Transit Authority (WMATA) will affirmatively recruit and hire applicants on the basis of their abilities, achievements and experience without regard to race, color, religion, national origin, sex, age, disability or any other factor unrelated to the individual merit or qualifications.

Position Applying for: _Janitor_  Position No.: _____  ☐ Part-time  ☒ Full time

Name _Serenia_   _Pierson_  Social Security No. _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_
     First    Middle    Last    Maiden

Address _1307 Nye Street_  Home Phone _(301) 322-4636_
      Number and Street

_Capital Heights MD 20743_  Office Phone (____)
      City, State and Zip Code

Are you age 18 years or over? (If hired, you may be required to submit proof of age)  ☒ YES    ☐ NO

Special Qualifications (include current technical professional licenses and numbers, academic or professional awards) _____

| Level | Name of School City and State Where Located | Number of Years Attended | Did You Graduate? | List Diploma, Degree or Certificates | Major Field |
|---|---|---|---|---|---|
| **EDUCATION** | | | | | |
| GED/High School | _Bladensburg Senior_ | _3_ | ☒ Yes ☐ No | _Diploma_ | _Business_ |
| College | | | ☐ Yes ☐ No | | |
| Trade Vocational or Technical | | | ☐ Yes ☐ No | | |
| Post Graduate Other | | | ☐ Yes ☐ No | | |

Have you served in U.S. Armed Forces? ☐ YES ☒ NO   From_____  To_____  Branch_____
Type of Work_____
____ining_____

**General Information**

I understand that applicants appointed to positions with the Washington Metropolitan Area Transit Authority (WMATA) must meet the requirements of the position. These requirements include successful completion of oral, written, and/or medical examinations, and may include testing for the presence of illegal drugs or use of other drugs, a confidential background investigation that may include submission of documents required by WMATA. I understand that, where an applicant is being considered for a position that requires a periodic medical examination, such individual will agree to undergo such periodic examination and that failure to be certified for continued performance may result in termination. A newly appointed employee is required to complete a probationary period during which time such employee may be separated without appeal. This probationary period is the last stage of the selection process.

## CERTIFICATION AND AUTHORIZATION

I, the undersigned, certify that I have read, personally completed, and fully understand this employment application in its entirety and that the information I have provided is true and complete to the best of my knowledge. There are no misrepresentations, misleading information, or omissions. If there are any misrepresentations, misleading information, or omissions, I accept that my application will be rejected, or if I am employed, my employment will be terminated from the Washington Metropolitan Area Transit Authority, regardless of when such misinformation is discovered, even after commencement of employment. In submitting this application, I understand that it becomes the property of the Washington Metropolitan Area Transit Authority and will not be returned.

By signing this application, I authorize the Washington Metropolitan Area Transit Authority to conduct a background investigation and a check of my prior employers and other references. Any information obtained as a result of a background investigation or reference check will be treated confidentially and becomes the exclusive property of the Washington Metropolitan Area Transit Authority. I expressly release the Washington Metropolitan Area Transit Authority from any liability or damages that may arise in connection with such an investigation. I understand i will be notified if additional actions are required.

AFTER YOU HAVE READ AND UNDERSTAND THE GENERAL INFORMATION ABOVE, PLEASE SIGN AND DATE BELOW:

_Serena Pierson_                                        _10/7/05_
SIGNATURE OF APPLICANT                                   DATE SIGNED

**\*A Drug Free Workplace        \*An Equal Opportunity Employer        \*A Non-Smoking Work Environment**

## Affirmative Action Compliance Data

To assist us in collecting statistics for and monitoring our Affirmative Action Program, you are invited to complete the questions which follow. You do not have to provide this information if you prefer not to and your decision to respond or not to respond will have no effect on your application or its consideration.

1.    ☐ EEO Races and Ethnic Groups:

- White (Caucasian), not of Hispanic Origin: A person having origins in any of the original peoples of Europe, North Africa or the Middle East.

- Asian including Pacific Islander: A person having origins in any of the original peoples of the Far East, Southeast Asia the Indian Subcontinent, or Pacific Islands. These areas include for example, China, Japan, Korea, the Philippine Islands, or Samoa.

- Black, not of Hispanic origin: A person having origins in any of the black racial groups in Africa.

- American Indian including Alaskan Native: A person having origins in any of the original peoples of North America and who maintain cultural identification through that affiliation or community recognition.

- Hispanic: A person of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race.

☐ Gender                    ☒ Female        ☐ Male

☐ Disabling Condition        ☐ Yes        ☐ No

If yes, please describe any accommodations: _____

**Page  4**



# Washington Metropolitan Area Transit Authority
## Office of Human Resource Management and Planning
### 600 Fifth Street, NW, Washington, DC 20001
### www.metroopensdoors.com
## EMPLOYMENT APPLICATION

The Washington Metropolitan Area Transit Authority (WMATA) will affirmatively recruit and hire applicants on the basis of their abilities, achievements and experience without regard to race, color, religion, national origin, sex, age, disability or any other factor unrelated to the individual merit or qualifications.

Position Applying for: **Rail Car Cleaner**     Position No.:_____ ☐ Part-time ☒ Full time

Name: **Terenia Pierson**
     First    Middle    Last    Maiden     Social Security No. **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**

Address: **1307 Nye Street**     Home Phone **301 322-4636**
     Number and Street
**Capital Heights MD 20743**     Office Phone (____)_____
     City, State and Zip Code

Are you age 18 years or over?  (If hired, you may be required to submit proof of age)     ☒ YES     ☐ NO

Special Qualifications (include current technical professional licenses and numbers, academic or professional awards) _____

| | EDUCATION | | | | |
|---|---|---|---|---|---|
| Level | Name of School City and State Where Located | Number of Years Attended | Did You Graduate? | List Diploma, Degree or Certificates | Major Field |
| GED/High School | Bladensburg Senior High | 3 | ☒ Yes ☐ No | Diploma | Business |
| College | | | ☐ Yes ☐ No | | |
| Trade Vocational or Technical | | | ☐ Yes ☐ No | | |
| Post Graduate Other | | | ☐ Yes ☐ No | | |

Have you served in U.S. Armed Forces? ☐ YES ☒ NO   From_____   To_____   Branch_____

Type of Work_____

Training_____

## Previous Employers

List all of the jobs, including part-time jobs, during the past 10 years. Start with your present or last job. You may include voluntary work experiences.

**MAY WE CONTACT YOUR CURRENT EMPLOYER FOR A REFERENCE?**   ☒ YES   ☐ NO

Name of Employer: Metro (WMATA)   Date From: 3/05   To: 7/05

Address: 600 Fifth Street, N.W. Washington, D.C.
Number & Street   City   State   Zip Code

Position Held: ADMN AIDE / ENCODING OPERATOR   Salary: Start $14.53 per hour   End 14.53 per hour

Describe the responsibilities of your position: Payroll disbursement, Certified payroll
transactions. Input data into computer to print out payroll including salary pay

Name of Immediate Manager or Supervisor: Mr. Ed Burnette   Telephone No. (202) 962-1156

Reason(s) for Leaving: Transfer to the Virginia location for 3 days

---

Name of Employer: CTI Computers Tem Inc   Date From: 1/05   To: 3/05

Address: 9500 Arena Drive, Capital Heights MD 20774
Number & Street   City   State   Zip Code

Position Held: General Clerk   Salary: Start $9.00   End $9.00

Describe the responsibilities of your position: Temp Agency sent to various company for general
Clerical duties such as filing, answerphones, fax, copying, use of computers

Name of Immediate Manager or Supervisor: Ms. Qkieenda Fox   Telephone No. (301) 386-8805

Reason(s) for Leaving: Hired on with metro limited duration (Temp Status)

---

Name of Employer: MVM Security   Date From: 3/03   To: 6/04

Address: 1593 Springhill Road, Vienna VA 02123
Number & Street   City   State   Zip Code

Position Held: Security guard   Salary: Start 12.53 hour   End 12.53 hour

Describe the responsibilities of your position: Secure the campus of (NIH), Check employees
visitors and patient's upon entry into the building.

Name of Immediate Manager or Supervisor: Mr. Chase / Ms. Johnson   Telephone No. (703) 790-3138

Reason(s) for Leaving: After returning work from receiving guard license, NO POST AVAILABLE

---

## PERSONAL INFORMATION (please check the appropriate answer)

1. Have you ever been discharged (fired) or requested to resign from a former position? (If yes, please explain) When ARRIVING
AT VIRGINIA LOCATION EXPERIENCE HOSTILITY BECAUSE OF POSITION AT HEADQUARTERS
other reasons

2. Have you ever been an applicant or employee of the Washington Metropolitan Area Transit Authority? (If answer is yes, please give name(s) at
time of employment date(s) and position title(s)
Name: Jerenic Pierson   Dates of Employment: 3/05   Position Title: ADMN / AIDE

3. Do you have relatives working for the Washington Metropolitan Area Transit Authority? (If __ __   __ me(s), relationship(s).
and position titles(s) on Page 3.
NO

4. Have you ever been convicted of any offense other than a traffic violation? __ yes, __ __ __ __ (a conviction does not automatically disqualify
you from employment. Criminal convictions are not an absolute bar to employment, but will be considered with respect to the specific
requirements of the job for which you are applying.   NO

5. What is minimum annual salary you will accept? The minimum of what position offers

6. Indicate source from which you learned of this position: WASHINGTON POST ADVERTISEMENT

## DRIVING INFORMATION (Complete only if position involves operating a motor vehicle as a job requirement.)

Commercial Driver's License     Yes _____ No _____     Are you age 21 years or over  Yes X     No _____

Original Issue Date

## PROFESSIONAL REFERENCES (Other than those listed as current or former employer)

| Name | Address | Phone Number | Occupation |
|---|---|---|---|
| 1. Mrs. Clachette Hardy | Building 10 26624 Bethro Crt MD 20892 | (H) (W) (301) 422-4321 | Physician |
| 2. Mrs. Janis Daye | 1501 Columbia Ave Landover MD 2085 | (H) (W) (301) 213-7538 | |
| 3. Ms. Arlene Abrogia | 608 Mica Drive Fort Washington | (H) (W) (240) 441-8568 | clerk |

## ADDITIONAL INFORMATION

Space for detailed answers to other questions or personal references.

(If more space is required, please attach an additional sheet of paper utilizing the same format.)

My past work experience as building service employee at the Washington Post has given me a skills in the cleaning area. Job duties included a removal of trash, cleaning of bathrooms, dusting using various chemicals, dusting office furniture and vacur the use of vacuum cleaner.

Page 3

(PLEASE LEAVE THIS SPACE BLANK)

## General Information

I understand that applicants appointed to positions with the Washington Metropolitan Area Transit Authority (WMATA) must meet the requirements of the position. These requirements include successful completion of oral, written, and/or medical examinations, and may include testing for the presence of illegal drugs or use of other drugs, a confidential background investigation that may include submission of documents required by WMATA. I understand that, where an applicant is being considered for a position that requires a periodic medical examination, such individual will agree to undergo such periodic examination and that failure to be certified for continued performance may result in termination. A newly appointed employee is required to complete a probationary period during which time such employee may be separated without appeal. This probationary period is the last stage of the selection process.

## CERTIFICATION AND AUTHORIZATION

I, the undersigned, certify that I have read, personally completed, and fully understand this employment application in its entirety and that the information I have provided is true and complete to the best of my knowledge. There are no misrepresentations, misleading information, or omissions. If there are any misrepresentations, misleading information, or omissions, I accept that my application will be rejected, or if I am employed, my employment will be terminated from the Washington Metropolitan Area Transit Authority, regardless of when such misinformation is discovered, even after commencement of employment. In submitting this application, I understand that it becomes the property of the Washington Metropolitan Area Transit Authority and will not be returned.

By signing this application, I authorize the Washington Metropolitan Area Transit Authority to conduct a background investigation and a check of my prior employers and other references. Any information obtained as a result of a background investigation or reference check will be treated confidentially and becomes the exclusive property of the Washington Metropolitan Area Transit Authority. I expressly release the Washington Metropolitan Area Transit Authority from any liability or damages that may arise in connection with such an investigation. I understand i will be notified if additional actions are required.

AFTER YOU HAVE READ AND UNDERSTAND THE GENERAL INFORMATION ABOVE, PLEASE SIGN AND DATE BELOW:

_____          10 / 7 /05
SIGNATURE OF APPLICANT                          DATE SIGNED

**\*A Drug Free Workplace**     **\*An Equal Opportunity Employer**     **\*A Non-Smoking Work Environment**

## Affirmative Action Compliance Data

To assist us in collecting statistics for and monitoring our Affirmative Action Program, you are invited to complete the questions which follow. You do not have to provide this information if you prefer not to and your decision to respond or not to respond will have no effect on your application or its consideration.

1.     EEO Races and Ethnic Groups:

- White (Caucasian), not of Hispanic Origin: A person having origins in any of the original peoples of Europe, North Africa or the Middle East.

- Black, not of Hispanic origin: A person having origins in any of the black racial groups in Africa.

- Hispanic: A person of Mexican, Puerto Rican, Cuban, Central or South American or other Spanish culture or origin, regardless of race.

- Asian including Pacific Islander: A person having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or Pacific Islands. These areas include for example, China, Japan, Korea, the Philippine Islands, or Samoa.

- American Indian including Alaskan Native: A person having origins in any of the original peoples of North America and who maintain cultural identification through that affiliation or community recognition.

- Gender              X  Female        Male

- Disabling Condition        Yes        No

If yes, please describe any accommodations: _____

Page 4



July 15, 2005

Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

This letter acknowledges receipt of your application/resume.   Thank you for applying for the position of Encoding Machine Operators

Your application/resume is being reviewed and will be given full consideration.  If you are selected for further consideration, a WMATA representative will contact you.  Otherwise, this will be the only correspondence you will receive concerning your application to this position.

Again, thank you for your interest in employment with WMATA.

Sincerely,

Cassandra C. Reed
Personnel Generalist

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, N.W.
Washington, DC 20001
202-962-1234

# Internal Job Application

**SUBJECT: Application for Vacancy**

|                          |              |
|--------------------------|--------------|
| **Posting Opening Date:** | June 16, 2005 |
| **Posting Closing Date:** | June 29, 2005 |
| **Posting Number** | 05−0560−SR |

**TO: HRMP − Employment Services**
**Enter Employee Number:** 006620
**FROM:** JERENIA PIERSON
**HOME ADDRESS:** 1307 NYE ST
CAPITOL HEIGHTS  MD  20743

**Please consider me for the position of** ENCODING MACH OPER
**in the Office of** TRES 2430        **This is a Grade/Level** 06
**Union** 0002        **preferred shift**

## My specific qualifications for this position are:

Currently working in clerical status,disbursing of metro employees payroll. Sign off on
transaction that are brought in by revnue technician's as well as receiving e'mail from the
RCF/ALEX location to process and print checks from information that is receive. I work all
aspects of payroll disbusement from input data into the computer to generate salary pay
advance, hourly, garnishment and acct.payable. If you need additional information you can
contact Mr.William Savage or Mr.Ed Burnette in treasury

## ━━━ PERSONAL DATA ━━━

**Employee Number** 006620

**Status  TYPE**
FL     T

**Current Phone #'s: Home:** 301 322−4636
**Current Supervisor:** Mr. Ed Burnette
**Current Position/Grade**    ADMIN AIDE SBO−06        **Shift**        D
**Union** Non Union        **Date of Employment:** Mar 28 2005
        **Seniority Date:**

**HS Grde Comp** 12 Col Deg
**Major:** Busines Mgmt.
**License(s) Held** Class C

        **Date:** Jun 20, 2005



July 18, 2005

Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

This letter acknowledges receipt of your application/resume.   Thank you
for applying for the position of Cleaning ████████████.

Your application/resume is being reviewed and will be given full
consideration.  If you are selected for further consideration, a WMATA
representative will contact you.  Otherwise, this will be the only
correspondence you will receive concerning your application to this
position.

Again, thank you for your interest in employment with WMATA.

Sincerely,

Tracy W. Scott
Recruiter

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership



July 22, 2005

Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

This letter acknowledges receipt of your application/resume.   Thank you for applying for the position of Gardener D.

Your application/resume is being reviewed and will be given full consideration.  If you are selected for further consideration, a WMATA representative will contact you.  Otherwise, this will be the only correspondence you will receive concerning your application to this position.

Again, thank you for your interest in employment with WMATA.

Sincerely,

Tracy W. Scott
Recruiter

**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

*A District of Columbia, Maryland and Virginia Transit Partnership*



September 1, 2005


Jerenia Pierson
1307 Nye Street
Capital Heights, MD 20743

Dear Ms. Pierson:

Thank you for taking the time to apply for the position of Gardener D.

Careful consideration has been given to the qualifications of all candidates who applied for the above position. However, a decision has been made in favor of another candidate and the position has been filled.

Again, thank you for your interest and best wishes in your career endeavors.

Sincerely,

Tracy W. Scott
Recruiter

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership

Metro - Riders Advisory Council Application

Page 1 of 2

 **metro** **Washington Metropolitan Area Transit Authority**

Search [            ]

**ALERTS:** There are no service alerts at this time          All Advisories

Home

Maps & stations

Schedules & fares

Alerts & advisories

Accessibility

How to travel

**About Metro**

- Board of Directors
- Metro at a glance
- News
- Events
- Renewal & expansion
- Community involvement
- Jobs
- Public access to records
- Business opportunities
- Employer fare programs
- Metro gifts
- Contact us

About Metro    Contact us

## Application preview

Please review your application before submission. You may click on the "EDIT" or "GO BACK" button to m;
to the information entered in the form. After submission, you may print a copy of your completed applicatior

### RIDERS ADVISORY COUNCIL APPLICATION

WMATA must receive this application by 5 p.m. 10/17/05. To get this application in an accessible format, p
202-962-1034 (TTY 202-962-2023).

**Name:** Jerenia Pierson

**Address:** 1307 Nye Street

**City:** Capital Heights **State:** MD **Zip:** 20743

**Daytime phone/TTY:** (301) 322-4636 **Evening phone/TTY:** same

**Email address:** jpiers_2@yahoo.com

**In an average week, how many times do you ride Metrorai?** 12

**Which Metrorail lines do you take?** Red, Orange

**In an average week, how many times do you ride Metrobus?** 10

**Which Metrobus routes do you usually take?** V14

**In an average week, how many times do you ride MetroAccess?** 0

**What do you use Metrorail, Metrobus or MetroAccess for?**, Personal, To search for employment

**Which best describes your race and/or ethnic background?** African American/Black

**Which level of education have you completed?** highschool

**Do you have access to a working vehicle?** Yes

**What could you contribute as a member of the Riders Advisory Council? Include any relevant stre;
perspectives, abilities or employment experience/community involvement:**
In my past work experience had a opportunity to work with Metro on a limited duration status. During that
gotten to know the operations of Metro. Also,had the wonderful experience working with payroll disbursen
direction of Mr. Alvin Doehring and Mr.Ed Burnette. Their leadership provided me the knowledge of taking
task of handling a mutl-million dollar operation. The Advisory Counsil will certian give me opportunity to ex
opinion as well as other riders whom frequently relay on the transit system. Over the summer I experience
arrival of the metrobus along with other riders but since I was fully aware of some the operations with the
system I was able to talk to the correct personnel to resolve the problem and we were on our merry way.

**Identify improvements to the Metro system you would seek to work on through the Riders Advisor
and strenghts of the system you would seek to protect:**
I certainly would like to see you provide more security in parking areas for the riders who utlize the system
and from work. To continually improve the conditions of the escalator's.

WMATA may use or disclose the individual information collected on this form to fill positions on the Riders
Council. Providing the information is voluntary, but an individ; ; ;ho does not provide the information may

Metro - Riders Advisory Council Application                                    Page 1 of 1



**Washington Metropolitan Area Transit Authority**

Search [          ]

**ALERTS:** There are no service alerts at this time                    All Advisories

| Home | About Metro    Contact us |
| Maps & stations | |
| Schedules & fares | |
| Alerts & advisories | |
| Accessibility | |
| How to travel | |

**About Metro**

- Board of Directors
- Metro at a glance
- News
- Events
- Renewal & expansion
- Community involvement
- Jobs
- Public access to records
- Business opportunities
- Employer fare programs
- Metro gifts
- Contact us

## Confirmation

### Riders Advisory Council Application Submission

You have successfully submitted your application. Your reference number is 7A88Z8T.
You may keep a note of this reference number for your records.
(Date and time of submission: 10:16 PM 10/13/2005).



**View your application**

You may click here to view and print a copy your submitted application.

Thank you.

Home | Trip Planner | Alerts | Contact Us | Privacy Policy | 🖶 Printer-friendly version
© 1998-2004 Washington Metropolitan Area Transit Authority

**Translate:** ▮ ▬ ▬

Help

Metro - Riders Advisory Council Application

Page 2 of 2

considered as a candidate for membership on the Riders Advisory Council. Information from this form may
disclosed for law enforcement purposes; to congressional offices or offices of elected officials in the Trans
contractors, grantees and others; for administrative claims, complaints and appeals; and in connection wit
Selected information about Riders Advisory Council members may be disclosed to the public.

By signing this application, I swear or affirm that

1) I am not an employee of WMATA or a WMATA contractor,

2) I am not an elected public official,

3) all of the information provided here is true,

4) if selected, I will sign a standards of conduct agreement,

5) I will have sufficient time to devote to this responsibility, and

6) I will commit to attend the required meetings.

SIGNATURE: JP    Date: 10/13/2005

Submit application    EDIT

Home | Trip Planner | Alerts | Contact Us | Privacy Policy | 🖶 Printer-friendly version
© 1998-2004 Washington Metropolitan Area Transit Authority

Translate:  

Help

BUS OPERATOR

# BUS OPERATOR POSITION

## BEFORE I BEGAN WORKING FOR WMATA



December 3, 2004

Ms Jerenia  . Pierson
5208 Belgreen Street, #402
Suitland, MD  20746

Dear Ms Pierson:

Congratulations, you were successful in testing for the position of Part-Time Bus Operator and you are invited to report for an interview.

**Tuesday, December 21, 2004 @** 10:30am
**Carmen Turner Maintenance Facility**
**3500 Pennsy Drive, Suite C100**
**Landover, MD 20785**

*Vickie Timberlake*

To complete the interview process, you **must** bring the following:

- **A valid driver's license or CDL from jurisdiction in which you reside**

- **Social Security Card**

- **Original or Official High School Diploma/GED Certificate or Transcript with raised seal (Official Copy)**

- **Please read and bring the Part-Time Metrobus Operator (Probationary) form and fill out paragraph**

**Please confirm your appointment and if you have any question contact Ms. Hardy @ 301-618-1133.**

**Washington**
**Metropolitan Area**
**Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia





# BUS OPERATOR TESTING

Thank you for your application for the position of Part-Time Bus Operator.   You are invited to report for the purpose of taking a written test.

**The Date, time and location of this test is:**

| | |
|---|---|
| DATE: | Friday, November 12, 2004 |
| TIME: | 8:30 A.M. |
| LOCATION: | Carmen Turner Maintenance Facility |
| | 3500 Pennsy Drive, Building C (Cafeteria) |
| | Landover, MD  20785 |

## To be admitted to the test you **must** bring the following:

1.   A valid Driver's License from the jurisdiction in which you reside.  You must be a licensed driver with a minimum of four (4) years driving experience.

2.   Traffic Record (original) which is less than 30 days old, reflecting 0 points, and 0 moving violations or no suspensions of your driver's permit within the last four (4) years.  **(However, if turned in at the Job Fair, you are not required to bring another copy. )**

3.   Your invitation letter. **(This is your invitation letter)**

Please be prompt.  **Late Arrivals will not be tested.**  The test will last for about three (3) hours. You will not be allowed to leave the testing area during the test.

The test will consist of Basic Math, Reading Comprehension, and a Customer Service Test.

**"There will be no rescheduling"**

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Rtes D1, D3, D6, P6,
70, 71, 80, X2

PAYSTUBS

# INVOICE STATEMENT &
# PAYSTUBS



December 18, 2006

Jerenia Pierson
1307 Nye St.
Capitol Heights, MD    20743

NOTICE: Notice of Delinquency
Customer No. E006620

Dear Ms. Pierson:

   A review of your account discloses a balance that has remained due for more than 120 days past date of invoice in the amount of $299.60.

   It is the Authority's policy to transfer those accounts whose balances fall behind for more than 90 days to our legal counsel or a collection agency for initiation of legal action. Based on our prior notifications to you and your lack of response, we have no reason to believe that the amount owed is in dispute. Accordingly, if your account is still delinquent after 15 days from the date of this letter, your account will be sent to the Office of General Counsel or a collection agency for legal action. This action could affect your credit rating.

   Please forward your payment immediately to:

   Washington Metropolitan Area Transit Authority
   Office of the Treasurer
   600 5th Street, N.W.
   Washington, D.C.  20001

Any questions should be directed to the Office of Accounting, 202-962-1781.

Sincerely,

Jer'Rita A.B. Weldon, CPA
Supervisor, Accounts Receivable

cc: FILE

**Washington
Metropolitan Area
Transit Authority**

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia

# M metro®

| | |
|---|---|
| Statement Number: | 26 |
| Statement Date: | 10/30/2006 |
| Account Number: | E006620 |
| Send payment to: | WMATA - Accounts Receivable |
| | 600 Fifth St, NW |
| | Washington, DC 20001 |

Pierson, Jerenia
1307 Nye St.

Capitol Heights, MD 20743

| Due Date | Invoice # | Descr | Amount Due | Invoice Amount | PO | Payment |
|---|---|---|---|---|---|---|
| Account: Pierson, J  E006620   WMATA | | | | | | |
| Mar/03/2006 077566 | | Invoice | 299.60 | | Wage Overpaid | |
| | | Total for Pierson, J | 299.60 | | | |
| | | Statement Total USD | 299.60 | | | |

| | Future | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| No. of Items | | | | | 1 | 1 |
| Amount | | | | | 299.60 | 299.60 USD |

If you have already paid your bill, please disregard this statement. We appreciate your business. If you have questions about your account, please call Milstead,Anita  202/962-1299.



**Washington Metropolitan Area Transit Authority**

600 Fifth Street, NW
Washington, D.C. 20001





Pierson, Jerenia
1307 Nye St.

Capitol Heights, MD 20743



WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

| | | |
|---|---|---|
| EMPLOYEE NO: | 006620 | CHECK LOCATION: 0114 |
| NAME: | JERENIA PIERSON | WORK LOCATION: 0114 |
| | | DEPT NO: 2420 |

SALARIED PAYROLL

**2005 SOC SEC CUT-OFF IS $90K**

| PAY END DATE | | CURRENT | | YTD | | | CURRENT | | YTD | |
|---|---|---|---|---|---|---|---|---|---|---|
| PAY DATE: 07-08-2005 | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS |
| TYPE: 07-08-2005 | REGULAR | 75.00 | 1,090.34 | 547.50 | 7,959.48 | OVERTIME | 5.00 | 109.04 | 5.00 | 109.04 |
| RATE: 14.5379 | HOLIDAY | | | 7.50 | 109.03 | VAC EARN | 3.75 | | 18.75 | |
| CHECK# 794488 | SIC EARN | 3.75 | | 18.75 | | | | | | |

**TAX INFO:**

| | |
|---|---|
| FED EXEMPT | 01 |
| ST EXEMPT | 01 |
| STATE | MD |
| TAX STATUS | S |
| FED ADDL | |
| ST ADDL | |

**MISC. INFO:**

| | |
|---|---|
| HRS | |
| VBAL | 24.38 |
| GBAL | 24.38 |
| CBAL | |

### PRE TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|

### TAXES

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|
| MEDICARE | 17.39 | 118.57 | SOC SEC | 74.36 | 507.01 |
| FEDERAL | 132.41 | 924.23 | State MD | 81.90 | 555.95 |

**DIRECT DEPOSIT INFORMATION**

### AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | YTD |
|---|---|---|---|---|---|
| REG ADV | | 980.00 | | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1,199.38 | 0.00 | 306.06 | 0.00 | 893.32 |
| YTD | 8,177.55 | 0.00 | 2,105.76 | 980.00 | 5,091.79 |

STATEMENT OF EARNINGS - DETACH AND KEEP FOR YOUR RECORDS
TO REMOVE LIFT CHECK, FOLD, CREASE AND TEAR
ALONG PERFORATION

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 794488 | 07-08-2005 | $893.32 |

PAY    Eight hundred ninety three and 32/100 Dollars

To the   JERENIA PIERSON
order    1307 NYE ST
of:      CAPITOL HEIGHTS MD 20743

***VOID*** **NON_NEGOTIABLE** ***VOID***

***DIRECT DEPOSIT ON          ***THIS IS NOT A CHECK***

# M Co

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

EMPLOYEE NO:           006620    CHECK LOCATION:
NAME:        JERENIA PIERSON    WORK LOCATION:
DEPT NO:

SALARIED PAYROLL          2005 SOC SEC CUT-OFF IS $90K

| PAY END DATE | | CURRENT | | YTD | | | CURRENT | | YTD | |
|---|---|---|---|---|---|---|---|---|---|---|
| PY DATE: 06-24-2005 | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | HOURS | EARNINGS | HOURS | EAR |
| PE: 06-24-2005 | REGULAR | 67.50 | 981.30 | 472.50 | 6,868.14 | HOLIDAY | 7.50 | 109.03 | 7.50 | |
| ATE: 14.5379 | VAC EARN | 3.75 | | 15.00 | | SIC EARN | 3.75 | | 15.00 | |
| CHECK#: 792170 | | | | | | | | | | |

## TAX INFO.

FED EXEMPT     01
ST EXEMPT      01
STATE          MD
TAX STATUS     S
FED ADDL
ST ADDL

## MISC. INFO.

| | PRE TAX DEDUCTIONS | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | | YTD | DESCRIPTION | CURRENT |

THRS
VBAL      20.68
SBAL      20.68

| | TAXES | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | | YTD | DESCRIPTION | CURRENT |
| MEDICARE | 15.81 | | 101.18 | SOC SEC | 67.60 |
| FEDERAL | 116.05 | | 791.82 | State MD | 73.23 |

CBAL
KBAL

## DIRECT DEPOSIT INFORMATION

| | AFTER TAX DEDUCTIONS | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | CURRENT | | YTD | DESCRIPTION | CURRENT |
| REG ADV | | | 980.00 | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1,090.33 | 0.00 | 272.69 | 0.00 | 817.6 |
| YTD | 6,978.17 | 0.00 | 1,799.70 | 980.00 | 4,198.4 |

STATEMENT OF EARNINGS - DETACH AND KEEP FOR YOUR RECORDS
TO REMOVE LIFT CHECK, FOLD, CREASE AND TEAR
ALONG PERFORATION

# M metro

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 792170 | 06-24-2005 | $817.64 |

PAY    *Eight hundred seventeen and 64/100 Dollars*

To the
order
of:

JERENIA PIERSON
1307 NYE ST
CAPITOL HEIGHTS MD 20743

***VOID*** **NON_NEGOTIABLE** ***VOID***

***DIRECT DEPOSIT ONLY***        ***THIS IS NOT A CHECK***



WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

EMPLOYEE NO:          006620    CHECK LOCATION:
NAME:        JERENIA PIERSON    WORK LOCATION:
                               DEPT NO:

SALARIED PAYROLL                **2005 SOC SEC CUT-OFF IS $90K**

| PAY END DATE | | CURRENT | | YTD | | DESCRIPTION | CURRENT | | YTD |
|---|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS | | HOURS | EARNINGS | HOURS | EARN |
| PAY DATE: 06-10-2005 | REGULAR | 75.00 | 1,090.34 | 405.00 | 5,887.84 | VAC EARN | 3.75 | | 11.25 |
| PPE: 06-10-2005 | SIC EARN | 3.75 | | 11.25 | 5,887.84 | | | | |
| RATE 14.5379 | | | | | | | | | |
| CHECK# 790002 | | | | | | | | | |

**TAX INFO.**

| | |
|---|---|
| FED EXEMPT | 01 |
| ST EXEMPT | 01 |
| STATE | MD |
| TAX STATUS | S |
| FED ADDL | |
| ST ADDL | |

**MISC. INFO.**

**PRE TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| THRS | | | | | |
| VBAL 16.88 | | | | | |
| SBAL 16.88 | | | | | |

**TAXES**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| CBAL | MEDICARE | 15.81 | 85.37 | SOC SEC | 67.60 | 365 |
| KBAL | FEDERAL | 116.05 | 675.77 | State MD | 73.23 | 400 |

**DIRECT DEPOSIT**
**INFORMATION**

**AFTER TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| REG ADV | | 980.00 | | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1,090.34 | 0.00 | 272.69 | 0.00 | 817.6 |
| YTD | 5,887.84 | 0.00 | 1,527.01 | 980.00 | 3,380.8 |

STATEMENT OF EARNINGS - DETACH AND KEEP FOR YOUR RECORDS
**TO REMOVE LIFT CHECK, FOLD, CREASE AND TEAR**
**ALONG PERFORATION**

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

**metro**

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 790002 | 06-10-2005 | $817.65 |

*PAY*        *Eight hundred seventeen and 65/100 Dollars*

*To the*      JERENIA PIERSON
*order*       1307 NYE ST
*of:*         CAPITOL HEIGHTS MD 20743    **\*\*\*VOID\*\*\* \*\*NON_NEGOTIABLE\*\* \*\*\*VOID\*\*\***

**\*\*\*DIRECT DEPOSIT ONLY\*\*\***        **\*\*\*THIS IS NOT A CHECK\*\*\***



WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

EMPLOYEE NO: 006620  CHECK LOCATION:
NAME: JERENIA PIERSON  WORK LOCATION:
DEPT NO:

SALARIED PAYROLL          2005 SOC SEC CUT-OFF IS $90K

| PAY END DATE | CURRENT | | YTD | | DESCRIPTION | CURRENT | | YTD |
|---|---|---|---|---|---|---|---|---|
| | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS | | HOURS | EARNINGS | HOURS | EAR |
| PAY DATE 05-27-2005 | REGULAR | 75.00 | 1,090.34 | 330.00 | 4,797.50 | VAC EARN | 3.75 | | 7.50 |
| PPE | SIC EARN | 3.75 | | 7.50 | | | | |
| RATE 14.5379 | | | | | | | | |
| CHECK# 787809 | | | | | | | | |

**TAX INFO.**
FED EXEMPT 01
ST EXEMPT 01
STATE MD
TAX STATUS S
FED ADDL
ST ADDL

**MISC. INFO.**
THRS
VBAL 13.13
SBAL 13.13
CBAL
KBAL

**PRE TAX DEDUCTIONS**
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT |
|---|---|---|---|---|

**TAXES**
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| MEDICARE | 15.81 | 69.56 | SOC SEC | 67.61 | 297 |
| FEDERAL | 116.05 | 559.72 | State MD | 73.23 | 322 |

**DIRECT DEPOSIT INFORMATION**

**AFTER TAX DEDUCTIONS**
| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT |
|---|---|---|---|---|
| REG ADV | | 980.00 | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1,090.34 | 0.00 | 272.70 | 0.00 | 817.6 |
| YTD | 4,797.50 | 0.00 | 1,254.32 | 980.00 | 2,563. |

STATEMENT OF EARNINGS - DETACH AND KEEP FOR YOUR RECORDS
TO REMOVE LIFT CHECK, FOLD, CREASE AND TEAR
ALONG PERFORATION

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 787809 | 05-27-2005 | $817.64 |

PAY    Eight hundred seventeen and 64/100 Dollars

To the
order
of:
JERENIA PIERSON
1307 NYE ST
CAPITOL HEIGHTS MD 20743

***VOID*** **NON_NEGOTIABLE** ***VOID***

***DIRECT DEPOSIT ONLY***    ***THIS IS NOT A CHECK***



WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

| | | |
|---|---|---|
| EMPLOYEE NO: | 006620 | CHECK LOCATION: |
| NAME: | JERENIA PIERSON | WORK LOCATION: |
| | | DEPT NO: |

SALARIED PAYROLL

**2005 SOC SEC CUT-OFF IS $90K**

| | | CURRENT | | YTD | | | CURRENT | | YTD |
|---|---|---|---|---|---|---|---|---|---|
| **PAY END DATE** | DESCRIPTION | HOURS | EARNINGS | HOURS | EARNINGS | DESCRIPTION | HOURS | EARNINGS | HOURS EAR |
| PAY END DATE 05-13-2005 | REGULAR | 75.00 | 1,090.34 | 255.00 | 3,707.16 | VAC EARN | | 3.75 | 3.75 |
| PPE: 05-13-2005 | SIC EARN | 3.75 | | 3.75 | | | | | |
| RATE 14.5379 | | | | | | | | | |
| CHECK# 785637 | | | | | | | | | |

**TAX INFO.**

| | |
|---|---|
| FED EXEMPT | 01 |
| ST EXEMPT | 01 |
| STATE | MD |
| TAX STATUS | S |
| FED ADDL | |
| ST ADDL | |

**MISC. INFO.**

| | |
|---|---|
| THRS | |
| VBAL | 9.38 |
| SBAL | 9.38 |
| CBAL | |
| KBAL | |

**PRE TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|

**TAXES**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| MEDICARE | 15.81 | 53.75 | SOC SEC | 67.60 | 229 |
| FEDERAL | 116.05 | 443.67 | State MD | 73.23 | 254 |

**DIRECT DEPOSIT INFORMATION**

**AFTER TAX DEDUCTIONS**

| DESCRIPTION | CURRENT | YTD | DESCRIPTION | CURRENT | Y |
|---|---|---|---|---|---|
| REG ADV | | 980.00 | | | |

| | GROSS PAY | PRE TAX DEDUCTIONS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| CURRENT | 1,090.34 | 0.00 | 272.69 | 0.00 | 817.6 |
| YTD | 3,707.16 | 0.00 | 981.62 | 980.00 | 1,745.5 |

STATEMENT OF EARNINGS - DETACH AND KEEP FOR YOUR RECORDS
TO REMOVE LIFT CHECK, FOLD, CREASE AND TEAR
ALONG PERFORATION

---

**metro**

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 FIFTH STREET, N.W. WASHINGTON, DC 20001

| CHECK NUMBER | DATE | AMOUNT |
|---|---|---|
| 785637 | 05-13-2005 | $817.65 |

PAY    *Eight hundred seventeen and 65/100 Dollars*

To the
order
of:

JERENIA PIERSON
1307 NYE ST
CAPITOL HEIGHTS MD 20743

**\*\*\*VOID\*\*\* \*\*NON_NEGOTIABLE\*\* \*\*\*VOID\*\*\***

**\*\*\*DIRECT DEPOSIT ONLY\*\*\*      \*\*\*THIS IS NOT A CHECK\*\*\***

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
OFFICE OF ACCOUNTI    PAYROLL DIVISION
FAPAC128-R01 -    ISSUED CH.    3 BY CHECK LOCATION (CLCD)

21:43 Monday, April 25    2005     29

------- LOCATION=0114 - TREASURER - DISBURSING OFFICE -------

| PAY GROUP | PAY ISSUE DATE | PAY PERIOD ENDING | EMPLOYEE NUMBER | NAME | | CHECK NUMBER | NET PAY |
|---|---|---|---|---|---|---|---|
| SAL | 04/29/2005 | 04/29/2005 | 006620 | J | PIERSON | 000409168 | 185.91 |
| SAL | 04/29/2005 | 04/29/2005 | 006620 | J | PIERSON | 000409169 | 741.98 |
| | | | | | | | ------- |
| LOCATION | | | | | | | 927.89 |

N = 2

MISV
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY

COMPUTER TEMPORARIES, INC.
9500 Arena Drive • Suite 450
Largo, MD 20774
(301) 386-8805 • FAX (301) 386-8809

CLIENT ORDER #

| COMPANY | AMATA - Ed BARNETTE |
| DEPT./WORKER/JOB | ES |
| ADDRESS | 202 462-1156 (PHONE) |
| CITY | GOD 5th Street NW |
| | WASHINGTON DC 20001 (STATE / ZIP) |
| EMPLOYEE NAME | Edward Epson |
| EMPLOYEE SOC. SEC. NUMBER | 579 86 7044 |

NOTIFY IF YOUR ADDRESS HAS CHANGED ☐

PAY PERIOD:   FURTHER, I AGREE TO SUBMIT MY TIME CARD BY 12 NOON ON MONDAY FOLLOWING THE CURRENT WORK. I AGREE TO NOTIFY CTI IMMEDIATELY IF I CANNOT REPORT TO

I certify that I worked for the above firm a total of _____ hours the week ending
Saturday, 3/12/05, as can my recruiter as soon as the assignment ends.

Signature of Employee  Edward Epson

ACTUAL HOURS WORKED (Excluding lunch hour) 4 hrs. daily minimum. Time and a half applies after 40 hrs. on full week assignments.
For Week Ending Saturday

MONTH ____  DAY ____  YEAR ____

| DAY | DATE | START | STOP | LESS MEAL TIME | REGULAR HOURS | OVERTIME HOURS |
|-----|------|-------|------|----------------|---------------|----------------|
| SUN |      |       |      |                |               |                |
| MON | 3/7  | 8:00  | 4:30 | .5             |               |                |
| TUE | 3/8  | 8:00  | 4:30 | .5             |               |                |
| WED | 3/9  | 8:00  | 4:30 | .5             |               |                |
| THU | 3/10 | 8:00  | 4:30 | .5             |               |                |
| FRI | 3/11 | 8:00  | 4:30 | .5             |               |                |
| SAT |      |       |      |                |               |                |

OVERTIME HOURS MUST BE APPROVED BY SUPERVISOR

| | Total Hours Worked (to nearest 1/4 hour) |
| REGULAR | 40 |
| OVERTIME | |
| ASSIGNMENT COMPLETED ☐ | |

IT IS HEREBY AGREED THAT THE HOURS STATED ABOVE ARE CORRECT AND THE WORK WAS PERFORMED SATISFACTORILY.
IT IS UNDERSTOOD THAT OVERTIME AT TIME AND ONE HALF WILL BE BILLED OVER 8 HOURS PER DAY IF INITIALED BY CLIENT'S SUPERVISOR NEXT TO OVERTIME HOURS.

CLIENT APPROVAL INDICATES ACCEPTANCE OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE

Authorized Signature  Edward Barnette   AST Mgr   Title
Print Name  Edward Barnette              Date  3-16-05

AUTHORIZATION FOR OVERTIME HOURS

WHITE (ACCOUNTING)     CANARY (PAYROLL)     PINK (EMPLOYEE)     GOLD (CLIENT)

CLIENT ORDER # _____

COMPANY WICHITA - ED BRUNETTE
DEPT WORKED FOR IRES
ADDRESS PHONE # 952-966-1156
600 5th Street N.W.
CITY WASHINGTON STATE D.C. ZIP 20001
NOTIFY IF YOUR ADDRESS HAS CHANGED ☐
EMPLOYEE NAME: Benjamin Ferson
EMPLOYEE SOC SEC NUMBER 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

PAY PERIOD. FURTHER, I AGREE TO NOTIFY CTI IMMEDIATELY IF I CANNOT REPORT TO WORK.

I AGREE TO SUBMIT MY TIME CARD BY 12 NOON ON MONDAY FOLLOWING THE CURRENT PAY PERIOD.

I certify that I worked for the above firm a total of _____ hours the week ending Saturday, 3/18/05 and that my recruiter at Comp pay the assignment info.

Signature of Employee _Benjamin Ferson_

COMPUTER TEMPORARIES, INC.
9500 Arena Drive • Suite 450
Largo, MD 20774
(301) 386-8805 • FAX (301) 386-8809

ACTUAL HOURS WORKED (Excluding lunch hour) 4 hrs. daily minimum. Time and a half applies after 40 hrs. on full week assignments.

For Week Ending Saturday

| MONTH | DAY | YEAR |
|---|---|---|

Total hours worked (to nearest 1/4 hour)

REGULAR  40

OVERTIME

| DAY | DATE | START | STOP | LESS MEAL TIME | REGULAR HOURS | OVERTIME HOURS |
|---|---|---|---|---|---|---|
| SUN | | | | | | |
| MON | 3/14 | 8:00 | 4:30 | .5 | | |
| TUE | 3/15 | 8:00 | 4:30 | .5 | | |
| WED | 3/16 | 8:00 | 4:30 | .5 | | |
| THU | 3/17 | 8:00 | 4:30 | .5 | | |
| FRI | 3/18 | 8:00 | 4:30 | .5 | | |
| SAT | | | | | | |

OVERTIME HOURS MUST BE APPROVED BY SUPERVISOR

ASSIGNMENT COMPLETED ☐

IT IS HEREBY AGREED THAT THE HOURS STATED ABOVE ARE CORRECT AND THE WORK WAS PERFORMED SATISFACTORILY. IT IS UNDERSTOOD THAT OVERTIME, AT TIME AND ONE HALF WILL BE BILLED OVER 8 HOURS PER DAY IF INITIALED BY CLIENT'S SUPERVISOR NEXT TO OVERTIME HOURS.

CLIENT'S APPROVAL INDICATES ACCEPTANCE OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE

Authorized Signature _____  Title Asst Mgr.  Date 3-18-05

Print Name Edward Barrette

AUTHORIZATION FOR OVERTIME HOURS

WHITE (ACCOUNTING)          CANARY (PAYROLL)          PINK (EMPLOYEE)          GOLD (CLIENT)

```
*****************************
***   ERROR TX REPORT   ***
*****************************
```

TX FUNCTION WAS NOT COMPLETED

TX/RX NO                2437
CONNECTION TEL                    923868809
CONNECTION ID
ST. TIME                03/18 15:25
USAGE T                 00'00
PGS. SENT               0
RESULT                  NG        #018

CLIENT ORDER #

1 - ED BARNETTE

PHONE: 202 966-1156

202 4th Street N.W.
WASHINGTON DC 20001

EMPLOYEE SOC SEC NUMBER
578 676 1044

**COMPUTER TEMPORARIES, INC.**
9500 Arena Drive • Suite 450
Largo, MD 20774
1) 386-8805 • FAX (301) 386-8809

WHITE (ACCOUNTING)        CANARY (PAYROLL)        PINK (EMPLOYEE)        GOLD (CLIENT)

ACTUAL HOURS WORKED (Excluding lunch hour) 4 hrs. daily minimum. Time and a half applies after 40 hrs. on full week assignments.

For Week Ending Saturday

| DAY | DATE | START | STOP | LESS MEAL TIME | REGULAR HOURS | MONTH | DAY | YEAR | OVERTIME HOURS |
|-----|------|-------|------|----------------|---------------|-------|-----|------|----------------|
| SUN | | | | | | | | | |
| MON | 3/14 | 8:00 | 4:30 | .5 | | | | | |
| TUE | 3/15 | 8:00 | 4:30 | .5 | | | | | |
| WED | 3/16 | 8:00 | 4:30 | .5 | | | | | |
| THU | 3/17 | 8:00 | 4:30 | .5 | | | | | |
| FRI | 3/18 | 8:00 | 4:30 | .5 | | | | | |
| SAT | | | | | | | | | |

OVERTIME HOURS MUST BE APPROVED BY SUPERVISOR

Total Hours Worked (to nearest 1/4 hour): REGULAR 40    OVERTIME

ASSIGNMENT COMPLETED ☐

IT IS HEREBY AGREED THAT THE HOURS STATED ABOVE ARE CORRECT AND THE WORK WAS PERFORMED SATISFACTORILY. IT IS UNDERSTOOD THAT OVERTIME AT TIME AND ONE HALF WILL BE BILLED OVER 8 HOURS PER DAY IF INITIALED BY CLIENT'S SUPERVISOR NEXT TO OVERTIME HOURS.

CLIENT APPROVAL INDICATES ACCEPTANCE OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

AUTHORIZATION FOR OVERTIME HOURS

Authorized Signature        Client Signature        Title        Date  3-18-05

Print Name  Edward O. Barnette

********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    2438
CONNECTION TEL              923013868809
CONNECTION ID
ST. TIME                    03/18 15:27
USAGE T                     00.28
PGS. SENT                   1
RESULT                      OK

DISBURSMENT

☑ 001

COMPANY
MATA - ED BARNETTE

CLIENT ORDER #

WORKED FOR
KES

PHONE #
(202) 962-1156

ADDRESS
600 5th Street, N.W.

CITY
WASHINGTON    STATE DC    ZIP 20001

NOTIFY IF YOUR ADDRESS HAS CHANGED ☐

EMPLOYEE NAME
Jerena Pason

EMPLOYEE SOC SEC NUMBER
578 90 1041

I AGREE TO SUBMIT MY TIME CARD BY 12 NOON ON MONDAY FOLLOWING THE CURRENT
PAY PERIOD. FURTHER, I AGREE TO NOTIFY CTI IMMEDIATELY IF I CANNOT REPORT TO
WORK.

I certify that I worked for the above firm a total of _____ hours the week ending
Saturday 3-26-05. I will call my regular as soon as the assignment ends.

Signature of Employee Jerena Pason

**COMPUTER TEMPORARIES, INC.**
9500 Arena Drive • Suite 450
Largo, MD 20774
(301) 386-8805 • FAX (301) 386-8809

WHITE (ACCOUNTING)

ACTUAL HOURS WORKED (Excluding lunch hour) 4 hrs. daily minimum. Time and a half
applies after 40 hrs. on full week assignments.

| DAY | DATE | START | STOP | LESS MEAL TIME | REGULAR HOURS | | | | OVERTIME HOURS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | MONTH | DAY | YEAR | |
| SUN | | | | | | | | | |
| MON | 3/21 | 800 | 4:30 | .5 | | | | | |
| TUE | 3/22 | 800 | 4:30 | .5 | | | | | |
| WED | 3/23 | 800 | 4:30 | .5 | | | | | |
| THU | 3/24 | 830 | 4:30 | .5 | | | | | |
| FRI | 3/25 | 800 | 4:30 | .5 | | | | | |
| SAT | | | | | | | | | |

OVERTIME HOURS MUST BE APPROVED BY SUPERVISOR

Total Hours Worked
(to nearest 1/4 hour)

REGULAR
39.30

OVERTIME

ASSIGNMENT
COMPLETED ☐

IT IS HEREBY AGREED THAT THE HOURS STATED ABOVE ARE CORRECT AND THE WORK WAS PERFORMED SATISFACTORILY.
IT IS UNDERSTOOD THAT OVERTIME AT TIME AND ONE HALF WILL BE BILLED OVER 8 HOURS PER DAY IF INITIALED BY
CLIENT'S SUPERVISOR NEXT TO OVERTIME HOURS.

CLIENT APPROVAL INDICATES ACCEPTANCE OF THE TERMS AND CONDITIONS ON THE REVERSE SIDE.

Authorized Signature WP Barnette    Title Ass. Mgr.    Date 3-25-05

Print Name EC Barnette

AUTHORIZATION FOR OVERTIME HOURS

CANARY (PAYROLL)    PINK (EMPLOYEE)    GOLD (CLIENT)