# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7161**  September Term, 2007

07cv00530

Filed On: March 17, 2008

Jerenia Pierson,
    Appellant

v.

Washington Metropolitan Area Transit Authority,
    Appellee

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 4/25/08
BY: [signature]
ATTACHED:
  ___ Amending Order
  ___ Opinion
  ___ Order on Costs

**BEFORE:** Ginsburg, Randolph, and Garland, Circuit Judges

## ORDER

Upon consideration of this court's order to show cause filed December 27, 2007, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the appeal be dismissed. The district court's order filed November 6, 2007, denying appellant's motion to appoint counsel, is not a final appealable order pursuant to 28 U.S.C. § 1291, and appellant has offered no legal basis for appellate jurisdiction. See Ficken v. Alvarez, 146 F.3d 978, 980 (D.C. Cir. 1998).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

By:
/s/
Deputy Clerk/LD

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk